

Alfred McZeal, Jr.
2620 Fashion Ave. Long Beach,
CA 90810
Phone: 832-623-4418

Jose R. Solano
5502 Dobbs St. #74,
Los Angeles, CA 90032
Phone: 626-258-7688

Vien Thi-Ho
2620 Fashion Ave.
Long Beach, CA 90810
Phone: 562-354-1313

Yesenia Del Toro
11721 Whittier Blvd # 236
Whittier Ca 90601
Phone: 323-802-8420

Veronica Ponder Waters
1012 20th Street
West Palm Beach, Fl 33407
Phone: 561-441-6948

Geddes Sean Gibbs
59 Coach Road
Stroudsburg, PA 18360
Phone: 347-403-6330

Natalie Langley-Gibbs
59 Coach Road
Stroudsburg, PA 18360
Phone: 347-403-6330

Rene Del Prado
BOX 3324
DALY CITY CA 94015
PHONE: 415-730-3177

Desmond Roy Demontegnac
36 Wentworth Street
Apartment 2
Boston Ma 02124

FULL NAME, ADDRESS. (INCLUDING ZIP CODE) & PHONE NUMBER

FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DVE ___ DEPUTY

PAID

CASE NO: 2:23-cv-03088-DMG-(PD)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac

v.

**PLAINTIFF(S)**

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi,, OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION, OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC, 360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST as OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION, SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG,, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA, Flagstar Bank, FSB, DEAN MORRIS, LLP, MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE,,Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC

**DEFENDANT(S)**

# CLASS ACTION
*F.R.C.P. 23.1*
# JURY TRIAL DEMANDED
# CIVIL RIGHTS COMPLAINT

**PURSUANT TO (Check All That Apply)**

☑ 42 U.S.C §1983  ☑ 42 U.S.C §1985
☐ Bivens v. Six Unknown Agents 403 U.S. 3 8 8 (197 1)
☑ 42 U.S.C §1981  ☐ 42 U.S.C §1981a
☑ 42 U.S.C §1982  ☐ 42 U.S.C §1986
☑ 42 U.S.C §1988 *Vindication Of Civil Rights*
☑ Civil Rights Attorney's Fees Act of 1976, 42 U.S.C. § 1988
☑ **RULE 20 - PERMISSIVE JOINDER**

## I. INTRODUCTION: NATURE OF THE CASE

*("A short and plain statement of the claim showing that the pleader is entitled to relief") Rule 8 - F.R.C.P*

1. This is a Civil Rights Complaint by **Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac** plaintiffs _pursuant to 42 USC §1988 proceeding in vindication of Civil Rights_, violations of Constitutional rights, privileges and immunities including a Claim for **_QUIET TITLE_** , **_FRAUD_**, **_THEFT_**, wrongful foreclosure, racketeering, unjust enrichment, and stemming from illegal acts prohibited by the **_Racketeer Influenced Corrupt Organizatations Act_**. Plaintiff's are entitled to relief from fraud due to defendant's reckless disregard for plaintiff's civil and property rights. Defendants have committed multiple acts **_FRAUD_** against properties described in **_Exhibits 1-24._** Plaintiffs seek a determination of quiet title relative to the subject properties, to wit:

| | |
|---|---|
| 13152 Laburnun Dr. Tustin Ca. 90280 | 2312-2314 Pinecrest Ct, West Palm Beach, FL 33415 |
| 2620 Fashion Ave. Long Beach, CA 90810 | 13217-13219 Park St. Whitter Ca 90602 |
| 46TH AVENUE SAN FRANCISCO, CA. 94121 | 59 Coach Road, Stroudsburg, PA 18360 |
| 214 Begnaud Dr.; Lafayette, La. 70501 | 6046 Fallbrook Ave, Woodland Hills, CA 91367 |
| 5502 Dobbs St. #74, Los Angeles, CA 90032 | 36 Wentworth Street, Suite 2, Boston Ma 02124 |
| 1330 Bentley Ct, West Covina, CA 91791 | 4745 Cutler Ave, Baldwin Park Ca. 91706 |
| ILLEGAL EVICTION ILLEGAL FORECLOSURE | |

CV-66 (7/97)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

Page 2 of 86

Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac

**PLAINTIFF(S)**

VS.

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi., OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION, OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC, 360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.,, CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION, SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA, Flagstar Bank, FSB, DEAN MORRIS, LLP, MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE,,Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC

**DEFENDANT(S)**

CASE NO: _____

Racketeer Influenced and Corrupt Organizations Act *(18 U.S.C §1961 et seq)*
Complaint for *Illegal Foreclosure / Illegal Evictions*

Securities Fraud: Securities Act of 1933
(15 U.S.C §77a, et seq) Securities Exchange Act of 1934
Fair Debt Collections Practices Act 15 U.S.C. §1692–1692(a)
Consumer Credit Protection Act (15 U.S.C §1601 et seq)

**INVASION OF PRIVACY**

Violations of Fair Housing Act 42 U.S.C. § 3601–3619
Home Owner Equity Procedures Act (HOEPA) 12 U.S.C. Chapter 49
Civil Action For Equal Rights Under Law) 42 U.S.C. §1981
Civil Action Deprivation of Rights 42 U.S.C. §1983, 4th & 5th Amen

**SLANDER OF TITLE**

Complaint to Cancel Fraudulent Grant Deed/Foreclosure
The Declaratory Judgment Act - 28 U.S.C. §2201 - §2202

# CLASS ACTION

**F.R.C.P 23.1**    and Indivually

### PLAINTIFFS' VERIFIED COMPLAINT FOR VIOLATION OF CIVIL & CONSTITUTIONAL RIGHTS & *REQUEST FOR ATTORNEY FEES UNDER 42 USC §1988*

2.   This is a civil action and class action pursuant to Rule 23. Federal. Rules Civil Procedure, brought by the named plaintiff(s): "the class", members and beneficiaries of a business trust, against the named defendants, complaining of **FRAUD**, Securities Fraud, **Bank Fraud**, **Money Laundering**, *theft of real properties*, **theft by forgery**, theft by *ROBO-SIGNED grant deeds*, **illegal** predatory practices, for a diabolical scheme to defraud, extort, to steal real property and money, in connection with the operation of illegal enterprises, stemming from illegal activities prohibited by the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq), by the Fair Debt Collections Practices Act (15 U.S.C §1961 et seq) . Defendants has sought to steal by *fraud and deceit* certain Personal & Real properties have placed unlawful clouds over the title to the properties *to wit:*

| | |
|---|---|
| 13152 Laburnun Dr. Tustin Ca. 90280 | 2312-2314 Pinecrest Ct, West Palm Beach, FL 33415 |
| 2620 Fashion Ave. Long Beach, CA 90810 | 13217-13219 Park St. Whitter Ca 90602 |
| 46TH AVENUE SAN FRANCISCO, CA. 94121 | 59 Coach Road, Stroudsburg, PA 18360 |
| 214 Begnaud Dr.; Lafayette, La. 70501 | 6046 Fallbrook Ave, Woodland Hills, CA 91367 |
| 5502 Dobbs St. #74,  Los Angeles, CA 90032 | 36 Wentworth Street, Suite 2, Boston Ma 02124 |
| 1330 Bentley Ct, West Covina, CA 91791 | 4745 Cutler Ave, Baldwin Park Ca. 91706 |

# TABLE OF CONTENTS

A short and Plain Statement of The Claim................................................................1-2

Table of Contents..................................................................................................3-6

Nature Of The Case (*QUIET TITLE*, *FRAUD*, *RICO*, *FDCPA*, *CONSPIRACY*, *SECURITIES FRAUD*, *TILA*)...7

**Relief Sought**...........................................................................................................8

**Jurisdiction and Venue**..........................................................................................8

*Plaintiff(s)*   **Alfred McZeal, Jr.**   .......................9

**Plaintiff(s)**   **Jose R. Solano**   .......................9

**Plaintiff(s)**   **Vien Thi-Ho**   .......................9

**Plaintiff(s)**   **Yesenia Del Toro**   .......................9

**Plaintiff(s)**   **Veronica Ponder Waters**   .......................9

**Plaintiff(s)**   **Geddes Sean Gibbs**   .......................9

**Plaintiff(s)**   **Natalie Langley-Gibbs**   .......................9

**Plaintiff(s)**   **Rene Del Prado**   ...........9

**Plaintiff(s)**   **Desmond Roy Demontegnac**   ...........9

**vs.**

**Defendant(s)**   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal........10

**Defendant(s)**   OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION   ..................10

**Defendant(s)**   OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC   ........10

**Defendant(s)**   360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC   .....10

**Defendants(s)**   WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST,  CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.,   ......11

**Defendants(s)**   CLAIRE MAYER, LOGS LEGAL GROUP, LLP;  FREEDOM MORTGAGE CORPORATION   ........11

**Defendants(s)**   SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA   ........11

**Defendants(s)**   Flagstar Bank, FSB, DEAN MORRIS, LLP,  LAFAYETTE PARISH SHERIFF DEPARTMENT, Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC   ........11

**Service of Process**..................................................................................................12

**Definitions**...............................................................................................................13

**Multiple Questions of Law or Fact**......................................................................14.

**CLASS ACTION ALLEGATIONS**..........................................................................15

*The Class*..................................................................................................................15

## TABLE OF CONTENTS

1  *Specific Allegations Against* — HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal ..... 20

2  *Specific Allegations Against* — OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION ..... 21

3  *Specific Allegations Against* — OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC ..... 22

4  *Specific Allegations Against* — 360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC ..... 23

5  *Specific Allegations Against* — WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., ..... 24

6  *Specific Allegations Against* — CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION ..... 25

7  *Specific Allegations Against* — SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA ..... 26

8  *Specific Allegations Against* — Flagstar Bank, FSB, DEAN MORRIS, LLP, LAFAYETTE PARISH SHERIFF DEPARTMENT, Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC ..... 27

9  **COUNT 1:** Verified Complaint for *QUIET TITLE* ..... 28

10  **COUNT 2:** Complaint for Multiple Acts of *FRAUD* (FRAUD 1-24) ..... 30

## THE FRAUDS (24 COUNTS)

| EXHIBIT # | PROPERTY DEFRAUDED | DEFENDANT | DESCRIPTION OF FRAUD | |
|---|---|---|---|---|
| Fraud #1 - | 2620 Fashion Ave. Long Beach, CA 90810 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES | HSBC ILLEGAL SCAM FORECLOSURE 10/21/22 @ 11:29am | 31 |
| Fraud #2 - | 2620 Fashion Ave. Long Beach, CA 90810 | McCalla Raymer Leibert Pierce, LLP | HSBC ILLEGAL SCAM FORECLOSURE 10/21/22 @ 11:29am | 31 |
| Fraud #3 - | 2620 Fashion Ave. Long Beach, CA 90810 | Nabeel Zuberi & Nikhil Jindal | HSBC ILLEGAL SCAM FORECLOSURE 10/21/22 @ 11:29amm | 32 |
| Fraud #4 - | 13152 Laburnun Dr. Tustin Ca. 90280 | OPTION ONE MORTGAGE CORPORATION | EXPIRED DEED OF TRUST OF 4/2006 | 32 |
| Fraud #5 - | 13152 Laburnun Dr. Tustin Ca. 90280 | BARRINGTON CAPITAL CORPORATION | EXPIRED DEED OF TRUST OF 4/2006 | 33 |
| Fraud #6 - | 5502 Dobbs St. #74, Los Angeles, CA 90032 | OCWEN LOAN SERVICING, LLC | FRAUDULENT DEED OF TRUST; FRAUDULENT BANKRUPTCY PROOF OF CLAIM | 33 |
| Fraud #7 - | 5502 Dobbs St. #74, Los Angeles, CA 90032 | PHH MORTGAGE CORPORATION | FRAUDULENT ASSIGNMENT OF DEED OF TRUST - FRAUDULENT NOTICE OF SALE | 34 |
| Fraud #8 - | 13152 Laburnun Dr. Tustin Ca. 90280 | WESTERN PROGRESSIVE, LLC | MORTGAGE FRAUD SCAM FROM FRAUDULENT ASSIGNMENT | 34 |
| Fraud #9 - | 13217 Park St. Whitter Ca 90602 | 360 Partnership LP | FRAUDULENT TRUSTEE DEED UPON SALE | 35 |
| Fraud #10 - | 1330 Bentley Ct, West Covina, CA 91791 | Fabrizo G. Pachano & Veronica J. Pachano | GRANT DEED FRAUD SCAM | 35 |
| Fraud #11 - | 6046 Fallbrook Ave, Woodland Hills, CA 91367 | Magnum Property Investments, LLC | GRANT DEED FRAUD SCAM | 36 |
| Fraud #12 - | 2312-2314 Pinecrest Ct, West Palm Beach, FL 33415 | WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, | ILLEGAL FORECLOSURE/ILLEGAL EVICTION | 36 |

# TABLE OF CONTENTS

| EXHIBIT # | PROPERTY DEFRAUDED | DEFENDANT | DESCRIPTION OF FRAUD | |
|---|---|---|---|---|
| Fraud #13 - | 2312-2314 Pinecrest Ct, West Palm Beach, FL 33415 | CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., | ILLEGAL EVICTION ILLEGAL FORECLOSURE | ....37 |
| Fraud #14 - | 214 Begnaud Dr.; Lafayette, La. 70501 | Claire Mayer & LOGS LEGAL GROUP, LLP | MORTGAGE FRAUD/ BANKRUPTCY SCAM | ..37 |
| Fraud #15 - | 59 Coach Road, Stroudsburg, PA 18360 | FREEDOM MORTGAGE CORPORATION | MORTGAGE NOTE FRAUD | ....38 |
| Fraud #16 | 46TH AVENUE SAN FRANCISCO, CA. 94121 | SOLON HOUSE, LLC | FRAUD ON A COURT & FRAUDULENT SALE OF REAL PROPERTY | ..38 |
| Fraud #17 | 46TH AVENUE SAN FRANCISCO, CA. 94121 | STEPHEN MCDONAGH | FRAUD ON A COURT & FRAUDULENT SALE OF REAL PROPERTY | ..39 |
| Fraud #18 | 46TH AVENUE SAN FRANCISCO, CA. 94121 | BENNETT HONG | FRAUD ON A COURT & FRAUDULENT SALE OF REAL PROPERTY | ..39 |
| Fraud #19 | 46TH AVENUE SAN FRANCISCO, CA. 94121 | THE DEL PRADO FAMILY TRUST | FRAUD | ........40 |
| Fraud #20 | 4745 Cutler Ave, Baldwin Park Ca. 91706 | ISHAK BISHARA | REAL ESTATE FRAUD | ......40 |
| Fraud #21 | 214 Begnaud Dr.; Lafayette, La. 70501 | Flagstar Bank, FSB | MORTGAGE FRAUD | ......41 |
| Fraud #22 | 214 Begnaud Dr.; Lafayette, La. 70501 | DEAN MORRIS, LLP | MORTGAGE FRAUD | ......41 |
| Fraud #23 | 214 Begnaud Dr.; Lafayette, La. 70501 | LAFAYETTE PARISH SHERIFF DEPARTMENT | WRONGFUL EVICTION | .........42 |
| Fraud #24 | 214 Begnaud Dr.; Lafayette, La. 70501 | LASHAE ENTERPRISES, LLC | WRONGFUL EVICTION | ......42 |

**COUNT 3**: Violations of The Racketeer Influence Corrupt Organizations Act *(18 U.S.C §1961)*.....43

**COUNT 4**: Violations of Fair Debt Collections Practices Act *(15 U.S.C §1961 et seq)*.................54

**COUNT 5**: Complaint to Violation of the Consumer Credit Protection Act *(15 U.S.C §1601 et seq)*........57

**COUNT 6**: Complaint for Securities Fraud (15 U.S.C. *§77a*) et seq........................................ .58

**COUNT 7**: Violations of Home Owner Equity Protection Act 28 USC. §12 USC §4901 et .........59

**COUNT 8**: Civil Action For Equal Rights Under Law (42 U.S.C. - §1981)................................. 60

**COUNT 9**: Civil Action For Deprivation of Rights (42 U.S.C. - §1982 §1983)............................61

**COUNT 10**: Conspiracy to Interfere With Civil Rights...........................................................62

**COUNT 11**: Complaint for Violation of Fair Housing Act (42 U.S.C. §3601-§3619....................63

**COUNT 12**: Breach of Duty of Good Faith & Fair Dealing...................................................64

**COUNT 13**: Breach of Contract...................................................................................65

**COUNT 14**: Tortious **Interference With Business** Contracts........................................66

**TABLE OF CONTENTS**

| TABLE OF CONTENTS |
|---|

**COUNT 15:** Violations of **Uniform Deceptive Trade Practices** Laws...................................67

**COUNT 16:** *Invasion of Privacy*,..........................................................................................68

**COUNT 17:** Action for **Trespass**.........................................................................................69

**COUNT 18:** **Civil Conspiracy** ............................................................................................70

**COUNT 19:** Unjust Enrichment............................................................................................71

**COUNT 20:** Negligent Misrepresentation............................................................................72

**COUNT 21:** Complaint to **CANCEL Fraudulent Grant Deeds & False Instruments**............73

**COUNT 22:**   Complaint For Temporary/Permanent Injunction................................................74

**COUNT 23:**   Complaint for **Declaratory Judgment**................................................................75

**Extreme** And **Outrageous Conduct (Punitive Damages)**.....................................................76

Computation of Damages.......................................................................................................77

**Prayer For Relief**..................................................................................................................78

Verification.............................................................................................................................82

Appendix of Exhibits...............................................................................................................83

**Exhibit "A"  - Properties in Dispute**.................................................................................84-85

Exhibit "B" - Properties in Dispute.........................................................................................86

Exhibit "C" Properties in Dispute...........................................................................................87

<u>FR</u>AUD Exhibits 1 thru __24__....................................................................... (attached).

## NATURE OF THE CASE:

3.     This is a class action pursuant to F.R.C.P. 23.1 and Rule 20  brought by the plaintiff(s),

***to wit***:

| Alfred McZeal, Jr. | Jose R. Solano | Vien Thi-Ho |
|---|---|---|
| Yesenia Del Toro | Veronica Ponder Waters | Geddes Sean Gibbs |
| Natalie Langley-Gibbs | Rene Del Prado | Desmond Roy Demontegnac |

on behalf of themselves, and all other similarly situated persons living within the jurisdiction of the United States of America, to recover Money and Real property ***stolen by way*** of fraud, deceit, and dishonesty  of these "dirty and low down" defendants, their employees, agents, and legal representives, including all of the named and unknown defendants ***to wit***:

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal, OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION, OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC, 360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST,  CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.,, CLAIRE MAYER, LOGS LEGAL GROUP, LLP;  FREEDOM MORTGAGE CORPORATION, SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG,, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA, Flagstar Bank, FSB, DEAN MORRIS, LLP, MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE,,Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC

4.   Plaintiffs further brings this actions for the immediate recovery of Real Property stolen by fraud, fraudulent instruments, unlawful transfer which resulted in grand theft of the Real Properties which ultimately robbed plaintiffs of the assets and in most cases actual possession, and the right to peacefully possess the properties, without undue harassment stemming from the unlawful acts fraudulent grant deeds, illegal sales, and other treacherous and unlawful acts of the defendants

5.   These defendants, and its agents, employees, and legal representatives, have a bad habit and criminal active history of deploying ROBO SIGNERS, ***false grant deeds***, fictitious persons, and fraudulent and other deceitful practices to steal Real Estate and Financial Assets which ultimately results in heinous crimes against the subject properties, properties held in plaintiff's trust, and a violation of plaintiffs Civil and Constitution Rights protected by state and federal laws.

6.   Plaintiffs DEMAND immediate relief  in the form of temporary restraining orders, and *permanent injunctions* for **trespass** resulting from the unlawful acts of trespass, foreclosure **fraud**, illegal evictions which have ultimately violated 42 U.S.C. §1981 Equal Rights Under Law, Civil Rights Violations (28 U.S.C. §1443), and Deprivation Of Plaintiffs Rights under (42 U.S.C. §1983).

## RELIEF SOUGHT:

**7.** The relief sought includes a declaratory judgment declaring defendants have no lawful interest in the subject property, judgment for quiet title, judgment for **money damages**, injunctive relief, actual damages, **damages for fraud,** unlawful Racketeering, **illegal debt harassment,** compensatory damages, <u>punitive damages</u> treble damages, the imposition of a constructive trust with tracing, cost of investigation and suit, interest, attorney fees, reversal of *fraudulent accounting entries*, <u>cancellation of fraudulent liens</u>, and a declaratory judgment declaring the acts committed to be unlawful in commerce, money damages for repeated violation of plaintiffs Constitutional rights.

## JURISDICTION:

**8.** Jurisdiction of this court over this complaint is premised upon 18 U.S.C. §1964(a), (b), (c), and (d) (**R**acketeer **I**nfluenced and **C**orrupt **O**rganizations), 15 U.S.C. §77a, Securities Act of 1933, 15 U.S.C. Subchapter V - Debt Collection Practices. Federal jurisdiction is also based on 28 U.S.C §1331 (federal question), 28 U.S.C §1337 (commerce). and **31 U.S.C. §3729-3733** Federal jurisdiction is further based upon the **C**onsumer Credit Protection Act 15 U.S.C §1601-1693, **R**eal **E**state **S**ettlement **P**rocedures **A**ct **12 U.S.C. §2601–§2617, Home Owner Equity P**rocedures **A**ct (HOEPA) **12 U.S.C. §§ 2601–2617,** and the Common law of this State. This court has jurisdiction over the state law claims contained in this complaint under the doctrine of supplemental jurisdiction and has jurisdiction over all causes of action asserted under state and common law. Jurisdiction is further based upon section 1981 of the Civil Rights Act of 1866, and 28 U.S.C. §1343(4) which confers original jurisdiction upon this Court in a civil action to recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights and 1331, which confers original jurisdiction upon this Court in a civil action arising under the Constitution of the United States, **Articles I, IV. IX, and XIV**, The amount in controversy exceeds $10,000.00 (ten thousand dollars)

## VENUE

**9.** Venue is proper in this District pursuant to 28 U.S.C **§**1391(b) and **§**1391(c), because Defendants can be found and conducts business within this judicial district, or because the cause of action has arisen and/or occurred within this district. The acts alleged herein are connected to and are alleged to have taken place within the district of this court.

## PARTIES AND RELATIONSHIPS:

10.  This court has jurisdiction of the state law claims contained in this complaint under the doctrine of supplemental jurisdiction under 28 U.S.C. §1367. This court further has jurisdiction to state law claims asserted under the state law, including those claims asserted and based upon civil remedies available under state law on the following grounds:

(a)  The causes of action or a part thereof accrued in this district in that defendants have engaged in false, fraudulent, misleading and deceptive acts and practices in trade and commerce in this county as set forth herein and are further subject to personal jurisdiction by this court.

(b)  Defendants business or agents for the business was principally based in this district within the jurisdiction of this Court.

## THE PARTIES:

11.  Plaintiff(s),      **Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac**

are American citizen(s)  residing in this judicial district or other districts within the United States and are all natural persons, beneficiaries of a business trust, and are consumers within the meaning of 15 U.S.C TITLE 15  CHAPTER 41 , SUBCHAPTER V §1692a(3) and Consumer Protection Laws of this State. Plaintiffs herein are the **_equitable owners_**, of the Subject property, and have Paramount ownership and rights to possession to properties complained of herein.

12.   Plaintiffs complains inter alia of _fraud_, _Fraud against Real Estate_, _Invasion of Privacy_, Unlawful Racketeering Acts, _fraudulent liens_ placed against plaintiff's Real Property, Abusive debt collection practices, (especially debts which are not owed to the defendants), fraudulent and deceptive practices of the defendants, including _accounting fraud_, and other unlawful and despicable acts committed in the course of being in contact with, or doing business the defendants.   At all times pertinent herein, plaintiff is a natural person, and individual consumer within the meaning of the Consumer Protections Laws of the United States.

13.  Plaintiffs has suffered great harm as a result of the defendants wrongful, improper, fraudulent, and abusive misconduct, and seeks redress under the laws of the United States.

14.   Defendants are the direct and proximate causes of the harm, either by fraud, by illegal racketeering or by a scheme or artifice to defraud for illegal purposes.

**15.** *Defendants*:

Defendants are at all times herein mentioned are Corporations, trusts, national banks, or mortgage companies, or other financial institutions which transact business in this state, within the jurisdiction of this court and maintain offices or satellite business terminals in this state.

**16.** The Defendants are further "debt collectors" within the meaning of 15 U.S.C TITLE 15 CHAPTER 41, SUBCHAPTER V §1692a(5) who collect debts as a part of its ongoing operations and is also alleged to be *corrupt enterprises* within the meaning of 18 U.S.C 196(3) and §1962(c), which engage in, or the activities of which affect, interstate commerce within the meaning of 18 U.S.C. §1962.

**17.** Defendant(s) HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES. McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal is/are doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**18.** Defendant(s) OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION is/are doing business in this state and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**19.** Defendant(s) OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC is/are doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**20.** Defendant(s) 360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC is/are doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**21.** *Defendants (Continued):*

Defendants are at all times herein mentioned are Corporations, trusts, national banks, or mortgage companies, or other financial institutions which transact business in this state, within the jurisdiction of this court and maintain offices or satellite business terminals in this state.

**22.** The Defendants are further "debt collectors" within the meaning of 15 U.S.C TITLE 15 CHAPTER 41, SUBCHAPTER V §1692a(5) who collect debts as a part of its ongoing operations and is also alleged to be *corrupt enterprises* within the meaning of 18 U.S.C 196(3) and §1962(c), which engage in, or the activities of which affect, interstate commerce within the meaning of 18 U.S.C. §1962.

**23.** Defendant(s) WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., is/are doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**24.** Defendant(s) CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION is/are doing business in this state and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**25.** Defendant(s) SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA is/are doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**26.** Defendant(s) Flagstar Bank, FSB, DEAN MORRIS, LLP, LAFAYETTE PARISH SHERIFF DEPARTMENT, Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC is/are doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**27.** It is alleged herein that each of the defendants committed the fraudulent acts complained of in Exhibit 1-24, individually, and in conspiracy with at least one or more of the other named defendants.

## SERVICE OF PROCESS

28.    Service of process has been perfected by serving defendants at their respective addresses, places of residency, personal service, or through their last know registered agents, **_to wit_**:

| | | |
|---|---|---|
| HSBC BANK, NA AS TRUSTEE 452 FIFTH AVENUE NEW YORK, NY 10018 | McCalla Raymer Leibert Pierce, LLP 301 E. Ocean Blvd. Suite 1720 Long Beach, CA 90802 | Nabeel Zuberi 301 E. Ocean Blvd. Suite 1720 Long Beach, CA 90802 <br><br> NIKHIL JINDAL, 517 S. MELROSE ST. ANAHEIM,CA. 92805 |
| OPTION ONE MORTGAGE CORPORATION 6501 Irvine Center Dr Irvine, CA 92618-2118 | BARRINGTON CAPITAL CORPORATION 620 Newport Center Dr Ste 1100, Newport Beach, CA 92660 · | OCWEN LOAN SERVICING, LLC 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409 |
| PHH MORTGAGE CORPORATION 450 N Brand Blvd, Glendale, CA 91203 | CORPORATIONS SERVICES COMPANY C.O WESTERN PROGRESSIVE, LLC 52710 GATEWAY OAKS DR STE 150N SACRAMENTO CA 95833 | 360 Partnership LP 92 Corporate Blvd #206 Irvine, Ca. 92606 |
| Fabrizo G. Pachano & Veronica J. Pachano 1330 Bentley Ct, West Covina, CA 91791 | Magnum Property Investments, LLC, Nussbaum APC Ste. 201 27489 Agoura Rd Agoura Hills CA 91301 | WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, |
| CJJFN LLC, Barbara Bruno as Registered Agent  5626 GUN CLUB RD, WEST PALM BEACH, FL 33415 | Claire Mayer Logs Legal Group, LLP | FREEDOM MORTGAGE CORPORATION 951 Yamato Rd Ste 175, Boca Raton, Florida, 33431, |
| SOLON HOUSE, LLC, 1945 CARROLL AVENUE SAN FRANCISCO, CA. 94124 | STEPHEN MCDONAGH 1919 LAWTON ST. SAN FRANCISCO, CA. 94122 | BENNETT HONG 1919 LAWTON ST. SAN FRANCISCO, CA. 94122 |
| THE DEL PRADO FAMILY TRUST 1919 LAWTON ST. SAN FRANCISCO, CA. 94122 | ISHAK BISHARA | FLAGSTAR BANK, FSB 5151 Corporate Dr, Troy, M 48098-2639 |
| DEAN MORRIS LLP 1505 North 19th Street Monroe, LA 71201 | MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE, 1010 LAFAYETTE ST. LAFAYETTE, LA. 70501 | LESHAE & ASSOCIATES LLC 104 WINNIPEG AVE LAFAYETTE, LA. 70501 |

## Definitions:

**29.** *"Plaintiff"* or *"Plaintiffs"* as used herein means *all* of the named plaintiffs namely:

**Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac**

**30.** **"Defendant"** or **"Defendants"** as used herein means *all* of the named defendants namely

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal, OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION, OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC, 380 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CAJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.., CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION, SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA, Flagstar Bank, FSB, DEAN MORRIS, LLP,  MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE,,Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC

**31.** "*Class*" or "*Class Member*" means the individual named plaintiffs proceeding pro se,

and/or the entire class of similarly situated individuals residing within the jurisdiction of the

Continental United States.

**Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac**

**32.** *"Business Trust"* as used herein means the *Massachusetts Trust* form by the

plaintiffs, namely:

## THE HOUSTON REAL ESTATE BUSINESS TRUST

**33.** *"Trust Members"* means the named plaintiff's who are beneficiaries of the

trust or any other person, or entity having a financial interest or any interest held in the

said Massachusetts Business Trust (*"MBT"*).

**34.** **Trust Property** means any and all property held in trust and described herein

including but not limited to personal property real property, causes of action, or any other

asset which may be lawfully held in a Massachusetts Business Trust, or any trust.

**35.** **"Dirty**" or **"Dirty Low Down"** means deceitful, fraudulent acts, omissions, or forged and

fraudulent instruments or people used to commit the fraudulent acts complained of herein.

**36.** **"Dirty Deed"** or **"Dirty Instrument"** means an instrument or instruments that were falsely

manufactured, including but not limited forged to instruments which violate the goverment

code of this state.

**37.** *ROBO-SIGNER*, means any process, fictitious or real person(s) who falsifies affidavits,

grant deeds, for filing in public record for purposes of stealing real property.

### *MULTIPLE QUESTIONS OF LAW OR FACT*

**38.** There are multiple questions of law or fact that are common to the Class. These include, but are not limited to:

**(a)** Whether Mortgage endorsed and transferred by Mortgage Electronic Registrations Systems (MERS) during the applicable time period are Unenforceable.

**(b)** Whether Foreclosures initiated by third party trustees fraudulently assigned to mortgages are null and void.

**(c)** Whether Foreclosures performed by out of state trustees are unlawful when those trustees do not maintain offices in this state.

**(d)** Whether Foreclosures performed on Real Property after such property has been discharged in Real Estate or **REMIC** Trust constitute conversion, and double-dipping.

**(e)** Whether the False Representation of Mortgages held as Securities and not actually included in REMIC or other Trusts represent FRAUD and Securities Fraud.

**(f)** Whether the False representation of "***Holder in Due Course***" and Securities instruments used to foreclose properties is FRAUD, or FRAUD upon the Court.

**(g)** Whether foreclosures that utilize ***ROBO-SIGNERS***, fraudulently created GRANT DEEDS, or any forged instruments are unenforceable *represent fraud upon public record*, fraud against the plaintiffs, and fraud against Real Property.

**(h)** Whether Evictions that utilize ***ROBO-SIGNERS***, fraudulently created GRANT DEEDS, or any forged instruments are unenforceable *represent fraud upon public record*, *Fraud Upon the Court*, fraud against the plaintiffs, and fraud against Real Property.

**(i)** Whether the Claiming of Real Properties by virtue of a merger, and not by assignment, is sufficient to establish that defendants are the owner of any such property.

**(j)** Whether the filing of Unlawful Detainer Actions, Eviction Actions, or foreclosures without proper legal standing is a violation of plaintiffs's Civil and Constitutional rights.

**(j)** Whether any and all predatory sub-prime loans violate the Federal Truth in Lending Act, are fraudulent in nature, and are unenforceable as a matter of law.

(k) Whether insufficient disclosures by defendants is a violation of the Federal Real Estate Settlement Procedures Act & Federal Trust in Lending Laws.

(l) Whether any stock investments registered pursuant to the Securities and Exchange Commission was used in any money laundering or investment schemes which violate state and federal laws.

## CLASS ACTION *ALLEGATIONS*

**39.** There are Class Action issues in this case which affect the class, and many individuals who are similarly situated and thus Plaintiffs substituted attorneys will seek certification of the following Class pursuant to Fed. R. Civ. P. 23(b)(2) and/or (3).

### THE CLASS

**The class of persons who initiated, held mortgages or stock with any of the defendants from ___2014___ to ___2022___ whose commercial paper was traded as Mortgage Backed Securities, or persons whose mortgages were converted to stock investments and subsequently transferred to Real Estate Trusts and who subsequently faced foreclosures and/or evictions, including those persons who were in Adverse Possession of Real Properties after illegal foreclosures *perpetrated with ROBO-SIGNERS*, false grant deeds, fictitious persons, or by other fraudulent methods, and all other persons who were victims of Bankruptcy Scams, foreclosure, and eviction lawsuits by defendants and persons who held Real Estate or stock assets with any of the defendants.**

**40.** The Class has millions of people and is so numerous that joinder of all members is impracticable.

**41.** The Claims of the Plaintiffs and sub-class are typical of the claims of the Class.

**41 (a)** Sub-Class - The *Sub-Class* Means:

Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac

**42.** The named Plaintiffs will fairly and adequately protect the interest of the Class.

**43.** The Plaintiffs have no interest antagonistic to those of the Class, and they will retain counsel experienced in Consumer Class litigation to be substituted on a motion for substitution to be later filed by the plaintiffs' or plaintiffs' counsel.

**44.** Alternatively, in the interest of justice, and public interest, this Court may appoint competent and experienced class action counsel in maintaining this class action.

**45.** Defendants, and each of them, have acted or refused to act on grounds generally applicable to the Class.

**46.** Questions of law or fact Common to the Class predominate over questions affecting only individual Class Members.

**47.** A Class Action is Superior to all other forms of Adjudication.

## *FACTUAL ALLEGATIONS*

*FRAUD, Racketeering, Quiet Title, Abusive Deceptive Collections, and Unfair Business Practices*

**48.** In an harassing, and evil scheme to steal, and defraud Real Property of the Plaintiff(s), the named defendants, and each of them, individually, and collectively, committed the fraudulent acts described in Exhibits 1-24. which are incorporated herein by reference whereby defendants, and each of them, *commenced a financial and Real Estate scam to unlawfully steal Real or Personal Property* by forwarding and filing misleading and false instruments and/or by **filing fraudulent liens**, *false deeds*, forged grant deeds, and other *evil instruments* which purport to convey property and title to defendants, but which in fact, *conveys absolutely nothing*; these instruments are ultimately used to steal & defraud.

**49.** These false instruments contained incorrect, misleading, erroneous and *manufactured information*, which **cannot be traced back to,** verified, or reconciled with any valid *UCC* transaction relative to the subject real property identified on page 1 and Exhibit A of this complaint.

**50.** Moreover, these instruments are tools of fraud and *deception* are self-serving instruments, which purport to claim to have legal rights to the subject property, but which in fact are *only fabricated instruments by the defendants* for the sole purpose of creating "an interest" in the subject real property; but were wrongly and **fraudulently manufactured** by the defendants in order to gain an unjust economic financial advantage over the plaintiffs as **complained of herein and in Exhibit 1 thru 24 (the FRAUD claims) and The RICO Claim.**

**51.** One of the **most appalling circumstances of the fraud** in this case, is that the instruments used in the scam, has absolutely no basis of ownership to the defendants, does not actually convey property to the defendants, cannot be traced back to valid trustees, or *substitute trustees*, and *has no valid chain of succession of ownership* to any of the named defendants.

**52.** Defendants used unlawful and unscrupulous methods of illegal **fraudulent conveyances** to create a false interest in real property, fraudulently setting themselves up as "good faith purchasers, **holders in due course,** but having only **worthless "ghost notes"** which give defendants no rights over the subject properties what-so-ever.

**53.** Defendants *routinely use fraud to steal property* from consumers, and used the same malicious, despicable, and fraudulent system to create a false interest in plaintiff's Real Property, whereby defendants so called "interest" is actually based on false **liens**, or *fraudulently manufactured deeds*, worthless **fraudulent mortgages, or fraudulently securities instruments.**.

## FACTUAL ALLEGATIONS - ROUTINE USE OF FRAUD

**54.**    Defendants, and each of them, individually, and collectively, ***routinely use fraud to steal property*** from consumers, and used the same malicious, despicable, and fraudulent system to defraud public record, create a false interests in Real Property, including the Plaintiffs' Real Property, whereby defendants so called "interest" is actually and in reality only based on FRAUD, false **liens**, or *fraudulently manufactured deeds*, worthless ***fraudulent mortgages, or fraudently securities instruments.***.

**55.** For example, ***each and every one of the named defendants*** have in Common false instruments, including the manufacturing of false instruments, fraud instruments fraudulently filed in the County Recorder office, such as Trustee Deeds Upon Sale, fraudulent Notice of Defaults, ROBO-SIGNED   grant deeds, "dirty" deeds, false affidavits, affidavits signed by Robo Signers, Affidavit which were falsely notarized, representing notary fraud, and many other treacherous and misleading instruments, explicitly stated in herein, and which can be seen and witnessed in the attached Exhibits 1 thru 30, attached herein, and made a part hereof, and which paints a accurate portrait of defendants fraudulent and criminal activity, which gave rise to this class action complaint.

**56.**    In all of these instances, these named defendants, and each of them, have absolutely no standing to proceed in foreclosure or eviction, but proceed under the guise of propriety, under false pretenses that it somehow owns interest in the subject properties, and mortgage notes complained of herein.

### FRAUDULENT & ILLEGAL EVICTIONS - *FRAUD UPON THE COURT*

**57.**    In every instance herein, these same named defendants, individually, and collectively have filed improper and fraudulent Unlawful Detainer or <u>frivolous eviction cases without standing</u>, against the named plaintiffs in State Courts, including Superior Courts, falsely claiming the Right To Possession, but in fact is in essence committing **FRAUD** upon the Court because defendants evidence used in these proceedings is based wholly on the fraud described herein, and in ***Exhibits 1-24*** the ***fraud exhibits*** which has been attached to this complaint.

### *ALL NAMED DEFENDANTS*

**58.**  Exhibit 1-24 are incorporated hierein by reference, as if fully setforth herein. The above named Defendants conspired among themselves, had a "meeting of the minds", an agreed to conduct, and did conduct an ***insidious fraud campaign*** against the plaintiff and the subject real property *identified on Page 1 and Exhibit A of this complaint*, which said fraud campaign consisted of *highly illegal criminal methods*, and *unlawful transfers* which includes, *methods of forgery*, *and fraud*, and is not limited to all of the following *despicable acts*:

☑(a) Manufacturing of *False & forged Instruments* to defraud Real Property, and,

☑(b) Recording False Instruments into Real Property records, and,

☑(c) Fraudulently misrepresenting itself as the Holder in Due Course of a

mortgage note, which falsely gives itself right to the subject property,

☑(d) Fraudulently **staging false foreclosure sales** and misrepresenting itself as

the "highest bidder" or purchaser of the property at a foreclosure sale or auction.

**59.**    Defendants unlawful and unscrupulous methods of illegal ***fraudulent conveyances*** to unauthorized individuals, ***third party fraudsters***, and/or ***fictious individuals***, and other types of "**ghost entities**", **forged instruments**, *including robo signers*, all of which were illegally used to create a false interest in plaintiff's real property as identified on page 1 of this complaint.

**60.** The third party fraudsters, fictious individuals, and ghost entities, (hereinafter "the ghost") are used in the scam to create, modify, sign, and execute *false foreclosures*, *false documents*, and ***forged instruments*** related to the subject property which is subsequently fraudulently filed into public property record which ultimately creates a **false lien** or unlawful *cloud over the title*.

**61.** The "***holders in due course***" *scam, as explained more fully herein employs* "***ghost notes***" **fake mortgages, non-originals, unverified instruments** to substantiate defendants right or claim to the subject property.  *Defendants are unable to produce any real note in its possession,* nor, has any such possession of any "blue ink" original note, and has committed a fraud against the subject property, and has ***slandered the title, causing losses to plaintiff(s).***

**62.**  Defendants outrageous acts constitute ***Conversion,*** **FRAUD**, and ***Unjust Enrichmen***t.

**63.** The previous paragraphs, and *Exhibits 1-24* (fraud), supplementary fraud pleadings, including *The RICO claim* are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendant*, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits 1-24 and supplemental fraud pleading.

(b) DEFENDANTS USED & DEPLOYED *ROBO-SIGNERS* TO *COMMIT FRAUD* AGAINST THE PROPERTIES COMPLAINED OF HEREIN.

(c) DEFENDANT MANUFACTURED *FRAUDULENT NOTICE OF DEFAULTS* AND RECORDED THESE FRAUDULENT INSTRUMENTS CLAIMING FALSE INTEREST IN THE PROPERTIES.

(d) DEFENDANTS *COMMITTED CRIMINAL FORGERY* BY USING ROBOSIGNERS, TO SIGN AND CREATE FRAUDULENT INSTRUMENTS FOR FILING IN PUBLIC RECORD

(e) DEFENDANTS AND EACH OF THEM *COMMITTED THE FRAUD IN EXHIBITS 1 THROUGH 24*, INCLUDING THE FRAUD MACHINE, ATTACHED TO THIS COMPLAINT

(f) DEFENDANTS HAVE **ILLEGALLY FORECLOSED** & *UNLAWFULLY SEIZED* PROPERTY DESCRIBED HEREIN.

(g) DEFENDANTS HAVE ILLEGALLY *PERFORMED EVICTIONS* & HAVE *VIOLATED THE CIVIL AND CONSTITUTIONAL RIGHTS OF THE PLAINTIFFS, AND THE CLASS.*

(h) DEFENDANTS HAVE *PERPETRATED FRAUDS UPON STATE & FEDERAL COURTS*, AND BANKRUPTCY COURTS BY FILING AND FRAUDULENT DOCUMENTS IN JUDICIAL PROCEEDINGS.

(i) DEFENDANTS HAVE OPERATED INCONSPICUOUSLY WITH PUBLIC SERVANTS SUCH AS POLICE OFFICERS TO *UNLAWFULLY VIOLATE PLAINTIFF CONSTITUTIONAL RIGHTS*

(j) DEFENDANTS HAVE *UNLAWFULLY TRESPASS THE PROPERTY, AND PROPERTY RIGHTS* OF THE PLAINTIFF BY UNLAWFULLY ENTERING WITHOUT AUTHORIZATION

(k) DEFENDANTS *MANUFACTURED FALSE SALES* AND *FALSE TRUSTEE DEEDS UPON SALE* WHICH *RESULT IN CRIMINAL CONVERSION OF REAL PROPERTY.*

(l) DEFENDANTS HAVE *HELD FALSE AND FRAUDULENT FORECLOSURE SALES* WHICH HAVE *RESULTED IN GRAND THEFT OF THE SUBJECT PROPERTIES.*

**Specific Allegations Against Defendants:**                                     Page 20 of 86

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal

64. Paragraphs 1-63, and *Exhibits 1-24* are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendants*, and in furtherance of the insidious fraud campaign against the plaintiffs, and theft of the properties complained of herein.

(a) Defendant(s) HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(b) Defendant(s) McCalla Raymer Leibert Pierce, LLP individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(c) Defendant(s) Nabeel Zuberi & Nikhil Jindal individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(d) Defendant(s) HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(e) Defendant(s) McCalla Raymer Leibert Pierce, LLP individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject properties..

(f) Defendant(s) Nabeel Zuberi & Nikhil Jindal individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(g) Defendant(s) HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES *conspired with the other named defendants* to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

(h) Defendant(s) McCalla Raymer Leibert Pierce, LLP *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(i) Defendant(s) Nabeel Zuberi & Nikhil Jindal *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(j) Defendant(s) HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

(j) Defendant(s) McCalla Raymer Leibert Pierce, LLP *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

(k) Defendant(s) Nabeel Zuberi & Nikhil Jindal *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

**Specific Allegations Against Defendants:**                    Page 21 of 86

## OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION

**65.** Paragraphs 1-64, and ***Exhibits 1-24*** are incorporated herein by reference as if fully set forth herein. The following ***nonexclusive list*** of unlawful acts were committed **_by_** the above **_named defendants_**, and in furtherance of the insidious fraud campaign against the plaintiffs, and theft of the properties complained of herein.

(a) Defendant(s) OPTION ONE MORTGAGE CORPORATION individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in ***Exhibits 1-24***

(b) Defendant(s) BARRINGTON CAPITAL CORPORATION individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in ***Exhibits 1-24***

(c) Defendant(s) OCWEN LOAN SERVICING, LLC individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in ***Exhibits 1-24***

(d) Defendant(s) OPTION ONE MORTGAGE CORPORATION individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(e) Defendant(s) BARRINGTON CAPITAL CORPORATION individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject properties.

(f) Defendant(s) OCWEN LOAN SERVICING, LLC individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(g) Defendant(s) OPTION ONE MORTGAGE CORPORATION *conspired with the other named defendants* to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

(h) Defendant(s) BARRINGTON CAPITAL CORPORATION *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(i) Defendant(s) OCWEN LOAN SERVICING, LLC *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(j) Defendant(s) OPTION ONE MORTGAGE CORPORATION *conspired with the other named defendants* to commit the ***unlawful acts of Rackeetering*** specifically complained of in Exhibits 1 - 24.

(j) Defendant(s) BARRINGTON CAPITAL CORPORATION *conspired with the other named defendants* to commit the ***unlawful acts of Rackeetering*** specifically complained of in Exhibits 1 - 24.

(k) Defendant(s) OCWEN LOAN SERVICING, LLC *conspired with the other named defendants* to commit the ***unlawful acts of Rackeetering*** specifically complained of in Exhibits 1 - 24.

### Specific Allegations Against Defendants:

**OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC**

**66.** Paragraphs 1-65, and *Exhibits 1-24* are incorporated herein by reference as if fully set forth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendants*, and in furtherance of the insidious fraud campaign against the plaintiffs, and theft of the properties complained of herein.

(a)Defendant(s)   **PHH MORTGAGE CORPORATION**   individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(b)Defendant(s)   **WESTERN PROGRESSIVE, LLC**   individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(c)Defendant(s)   **360 Partnership LP**   individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(d)Defendant(s)   **PHH MORTGAGE CORPORATION**   individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(e)Defendant(s)   **WESTERN PROGRESSIVE, LLC**   individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject properties.

(f)Defendant(s)   **360 Partnership LP**   individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(g)Defendant(s)   **PHH MORTGAGE CORPORATION**   *conspired with the other named defendants* to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

(h)Defendant(s)   **WESTERN PROGRESSIVE, LLC**   *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(i) Defendant(s)   **360 Partnership LP**   *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(j) Defendant(s)   **PHH MORTGAGE CORPORATION**   *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

(j) Defendant(s)   **WESTERN PROGRESSIVE, LLC**   *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

(k) Defendant(s)   **360 Partnership LP**   *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

**Specific Allegations Against Defendants:**                    Page 23 of 86

360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC

67. Paragraphs 1-66, and *Exhibits 1-24* are incorporated herein by reference as if fully set forth herein. The following **nonexclusive list** of unlawful acts were committed **by** the above **named defendants**, and in furtherance of the insidious fraud campaign against the plaintiffs, and theft of the properties complained of herein.

(a) Defendant(s) Fabrizo G. Pachano & Veronica J. Pachano individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(b) Defendant(s) Magnum Property Investments, LLC individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(c) Defendant(s) WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

(d) Defendant(s) Fabrizo G. Pachano & Veronica J. Pachano individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(e) Defendant(s) Magnum Property Investments, LLC individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject properties.

(f) Defendant(s) WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

(g) Defendant(s) Fabrizio G. Pachano & Veronica J. Pachano *conspired with the other named defendants* to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

(h) Defendant(s) Magnum Property Investments, LLC *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(i) Defendant(s) WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

(j) Defendant(s) Fabrizio G. Pachano & Veronica J. Pachano *conspired with the other named defendants* to commit the **unlawful acts of Rackeetering** specifically complained of in Exhibits 1 - 24.

(j) Defendant(s) Magnum Property Investments, LLC *conspired with the other named defendants* to commit the **unlawful acts of Rackeetering** specifically complained of in Exhibits 1 - 24.

(k) Defendant(s) WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, *conspired with the other named defendants* to commit the **unlawful acts of Rackeetering** specifically complained of in Exhibits 1 - 24.

**Specific Allegations Against Defendants:**                                    Page 24 of 86

WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.,

1    **68.** Paragraphs 1-66, and *Exhibits 1-24* are incorporated herein by reference as if fully setforth

2  herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named*

3  *defendants*, and in furtherance of the insidious fraud campaign against the plaintiffs, and theft of the

4  properties complained of herein.

5  (a)Defendant(s) CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., individually, committed the fraud, or conspired

6    to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

7  (b)Defendant(s) Claire Mayer & LOGS LEGAL GROUP, LLP individually, committed the fraud, or conspired

  to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

8

9  (c)Defendant(s) FREEDOM MORTGAGE CORPORATION individually, committed the fraud, or conspired

10    to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

11  (d) Defendant(s) CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., individually, manufactured a false and fraudulent

12  lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

13  (e) Defendant(s) Claire Mayer & LOGS LEGAL GROUP, LLP individually, manufactured a false and fraudulent

14  lien on the subject properties held in trust for purposes of claiming ownership of the subject properties.

15  (f)Defendant(s) FREEDOM MORTGAGE CORPORATION individually, manufactured a false and fraudulent

16  lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

17  (g)Defendant(s) CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., *conspired with the other named defendants*

18    to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

19  (h) Defendant(s) Claire Mayer & LOGS LEGAL GROUP, LLP *conspired with the other named defendants*

20    to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

21  (i) Defendant(s) FREEDOM MORTGAGE CORPORATION *conspired with the other named defendants*

22    to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

23  (j) Defendant(s) CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., *conspired with the other named defendants*

24    to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

25  (j) Defendant(s) Claire Mayer & LOGS LEGAL GROUP, LLP *conspired with the other named defendants*

26    to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

27  (k) Defendant(s) FREEDOM MORTGAGE CORPORATION *conspired with the other named defendants*

  to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

28

<u>**Specific Allegations Against Defendants:**</u>    Page 25 of 86

**CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION**

**69.** The previous paragraphs, and *Exhibits 1-24*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following <u>***nonexclusive list***</u> of unlawful acts were committed <u>*by*</u> the above <u>***named defendant***</u>, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

(a) Defendant(s)    **SOLON HOUSE, LLC**    individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in ***Exhibits 1-24***

(b) Defendant(s)    **STEPHEN MCDONAGH**    individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in ***Exhibits 1-24***

(c) Defendant(s)    **BENNETT HONG**    individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in ***Exhibits 1-24***

(d) Defendant(s)    **SOLON HOUSE, LLC**    individually, <u>manufactured a false and fraudulent</u> <u>lien</u> on the subject properties held in trust for purposes of claiming ownership of the subject property.

(e) Defendant(s)    **STEPHEN MCDONAGH**    individually, <u>manufactured a false and fraudulent</u> <u>lien</u> on the subject properties held in trust for purposes of claiming ownership of the subject properties.

(f) Defendant(s)    **BENNETT HONG**    individually, <u>manufactured a false and fraudulent</u> <u>lien</u> on the subject properties held in trust for purposes of claiming ownership of the subject property.

(g) Defendant(s)    **SOLON HOUSE, LLC**    *conspired with the other named defendants* to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

(h) Defendant(s)    **STEPHEN MCDONAGH**    *conspired with the other named defendants* to put an <u>*unlawful cloud over the titles of the properties*</u> complained of herein and Exhibit A.

(i) Defendant(s)    **BENNETT HONG**    *conspired with the other named defendants* to put an <u>*unlawful cloud over the titles of the properties*</u> complained of herein and Exhibit A.

(j) Defendant(s)    **SOLON HOUSE, LLC**    *conspired with the other named defendants* to commit the <u>***unlawful acts of Rackeetering***</u> specifically complained of in Exhibits 1 - 24.

(j) Defendant(s)    **STEPHEN MCDONAGH**    *conspired with the other named defendants* to commit the <u>***unlawful acts of Rackeetering***</u> specifically complained of in Exhibits 1 - 24.

(k) Defendant(s)    **BENNETT HONG**    *conspired with the other named defendants* to commit the <u>***unlawful acts of Rackeetering***</u> specifically complained of in Exhibits 1 - 24.

**Specific Allegations Against Defendants:**    Page 26 of 86

**SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA**

1    **70.** The previous paragraphs, and *Exhibits 1-12*, including the fraud claims are incorporated

2    herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts

3    were committed *by* the above *named defendant*, and in furtherance of the insidious fraud

4    campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

5    

6    (a) Defendant(s)    **THE DEL PRADO FAMILY TRUST**    individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

7    

8    (b) Defendant(s)    **ISHAK BISHARA**    individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

9    

10    (c) Defendant(s)    **Flagstar Bank, FSB**    individually, committed the fraud, or conspired to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

11    

12    (d) Defendant(s)    **THE DEL PRADO FAMILY TRUST**    individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

13    

14    (e) Defendant(s)    **ISHAK BISHARA**    individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject properties..

15    

16    (f) Defendant(s)    **Flagstar Bank, FSB**    individually, manufactured a false and fraudulent lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

17    

18    (g) Defendant(s)    **THE DEL PRADO FAMILY TRUST**    *conspired with the other named defendants* to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

19    

20    (h) Defendant(s)    **ISHAK BISHARA**    *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

21    

22    (i) Defendant(s)    **Flagstar Bank, FSB**    *conspired with the other named defendants* to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

23    

24    (j) Defendant(s)    **THE DEL PRADO FAMILY TRUST**    *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

25    

26    (j) Defendant(s)    **ISHAK BISHARA**    *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

27    

28    (k) Defendant(s)    **Flagstar Bank, FSB**    *conspired with the other named defendants* to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

**Specific Allegations Against Defendants:**          Page 27 of 86

**Flagstar Bank, FSB, DEAN MORRIS, LLP,  LAFAYETTE PARISH SHERIFF DEPARTMENT, Blue Castle (Cayman) LTD, LESHAE & ASSOCIATES LLC**

1    **71.** The previous paragraphs, and *Exhibits 1-12*, including the fraud claims are incorporated

2    herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts

3    were committed *by* the above *named defendant*, and in furtherance of the insidious fraud

4    campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

5    (a)Defendant(s)          **DEAN MORRIS, LLP**          individually, committed the fraud, or conspired

6    to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

7    (b) Defendant(s)    **LAFAYETTE PARISH SHERIFF DEPARTMENT**    individually, committed the fraud, or conspired

8    to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

9    (c)Defendant(s)    **LASHAE ENTERPRISES, LLC**    individually, committed the fraud, or conspired

10    to commit one or more fraudulent acts against the Properties complained of in *Exhibits 1-24*

11    (d) Defendant(s)          **DEAN MORRIS, LLP**          individually, manufactured a false and fraudulent

12    lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

13    (e) Defendant(s)    **LAFAYETTE PARISH SHERIFF DEPARTMENT**    individually, manufactured a false and fraudulent

14    lien on the subject properties held in trust for purposes of claiming ownership of the subject properties..

15    (f)Defendant(s)    **LASHAE ENTERPRISES, LLC**    individually, manufactured a false and fraudulent

16    lien on the subject properties held in trust for purposes of claiming ownership of the subject property.

17    (g)Defendant(s)          **DEAN MORRIS, LLP**          *conspired with the other named defendants*

18    to put an unlawful cloud over the titles of the properties complained of herein and Exhibit A.

19    (h) Defendant(s)    **LAFAYETTE PARISH SHERIFF DEPARTMENT**    *conspired with the other named defendants*

20    to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

21    (i) Defendant(s)    **LASHAE ENTERPRISES, LLC**    *conspired with the other named defendants*

22    to put an *unlawful cloud over the titles of the properties* complained of herein and Exhibit A.

23    (j) Defendant(s)          **DEAN MORRIS, LLP**          *conspired with the other named defendants*

24    to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

25    (j) Defendant(s)    **LAFAYETTE PARISH SHERIFF DEPARTMENT**    *conspired with the other named defendants*

26    to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

27    (k) Defendant(s)    **LASHAE ENTERPRISES, LLC**    *conspired with the other named defendants*

28    to commit the *unlawful acts of Rackeetering* specifically complained of in Exhibits 1 - 24.

# COUNT 1: VERIFIED COMPLAINT FOR QUIET TITLE

**THE FILING OF FALSE INSTRUMENTS AGAINST THE SUBJECT PROPERTIES HAVE PLACED UNLAWFUL CLOUDS ON THE TITLE TO THE SAID PROPERTIES, AND PLAINTIFF'S ARE ENTITLED TO HAVE THESE FRAUDULENT INSTRUMENTS CANCELED,  PUBLIC TITLE CLEARED IN THE NAME OF THE PLAINTIFFS.**

**72.** *T*he preceding paragraphs *of this complaint*, **Exhibits 1-24 and supplemental fraud pleadings** are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each and every allegation setforth therein.

**73.**  Plaintiff(s) is/are informed and believes and on that basis alleges that each of the defendants claims, or may claim, some interest in the real property described in of this complaint.

**74.** Plaintiff(s) seek a determination for quiet title and Adverse Possession for the following properties:

**Property Addresses:**

| | |
|---|---|
| 13152 Laburnun Dr. Tustin Ca. 90280 | 2312-2314  Pinecrest Ct, West Palm Beach, FL 33415 |
| 2620 Fashion Ave. Long Beach, CA 90810 | 13217-13219 Park St. Whitter Ca 90602 |
| 46TH AVENUE SAN FRANCISCO, CA. 94121 | 59 Coach Road, Stroudsburg, PA 18360 |
| 214 Begnaud Dr.; Lafayette, La. 70501 | 6046 Fallbrook Ave, Woodland Hills, CA 91367 |
| 5502 Dobbs St. #74,  Los Angeles, CA 90032 | 36 Wentworth Street, Suite 2, Boston Ma 02124 |
| 1330 Bentley Ct, West Covina, CA 91791 | 4745 Cutler Ave, Baldwin Park Ca. 91706 |
| ILLEGAL EVICTION | MORTGAGE FRAUD/ BANKRUPTCY SCAM |

**75. Adverse Possession**:  Plaintiff(s) is/are the **Equitable Owners** with superior right to possession, in legal possession, and such possession which has been actual, open, hostile, continuous, and exclusive possession of the said property pursuant to **Common law**.

**76.** Plaintiffs has been in *continuous legal possession* since __2/12/2007__ described above in this complaint, adverse to defendants and to all other persons, in support of plaintiff's title to the real property and as curative of any defects in the title, or other defects which might have existed with reference to it. *Plaintiffs has the Equitable Interest, and Equitable Ownership of the property*.

**77.**  Defendants claim an estate or interest in the real property described that is adverse to plaintiff.

**78.**  Defendants claim or purported title to the estate is **based on the fraud**, a fraudulent claim, *deceit*, and/or a *fraudulent conveyance*, or note holder scam as complained of herein and these transfers *has no legal effect what-so-ever*.   **Defendant has no marketable title in the property**.

## VERIFIED COMPLAINT FOR ADVERSE POSSESSION

### Specific Facts Surrounding Adverse Possession

**79.** On or about __February 14, 2016__ plaintiff(s) became in Adverse Possession or legal possession of the subject property after discovery of a false mortgage or fraudulent loan related to the Subject Property; none of the defendants including have any real interest in the property, and any such interest claimed by the defendants is based upon fraud.

**80.** Plaintiff(s) became heirs and inherited tacking years, and Equitable Ownership of the subject property ever since that date that plaintiff(s) became in lawful, legal or Adverse Possession

**81.** Plaintiff(s) has been in actual, open, hostile, continuous, and exclusive possession of the said property since __February 14, 2016__

**82.**

### ADVERSE CLAIMS TO THE TITLE:

**83.** All of the named defendants have made claims which are adverse to the plaintiff's title for which a determination is sought. *The adverse claims to the title of the plaintiff against which a determination is sought includes the following adverse parties:*

### *A. The Adverse Claims of:*

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES, McCalla Raymer Leibert Pierce, LLP., Nabeel Zuberi, Nikhil Jindal, OPTION ONE MORTGAGE CORPORATION, BARRINGTON CAPITAL CORPORATION, OCWEN LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION; WESTERN PROGRESSIVE, LLC, 360 PARTNERSHIP LP, Fabrizo G. Pachano & Veronica J. Pachano, Magnum Property Investments, LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, CJJFN LLC, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.., CLAIRE MAYER, LOGS LEGAL GROUP, LLP; FREEDOM MORTGAGE CORPORATION, SOLON HOUSE, LLC, STEPHEN MCDONAGH, BENNETT HONG,, THE DEL PRADO FAMILY TRUST, ISHAK BISHARA, Flagstar Bank, FSB, DEAN MORRIS, LLP,  MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE,,Blue Castle (Cayman) LTD,  LESHAE & ASSOCIATES LLC

### __DATE FOR WHICH DETERMINATION  IS SOUGHT:__

**84.** The date as of which the determination is sought is the **date of this lawsuit**.

**85.** Plaintiff(s) prays for a  determination of the title of the plaintiff against the adverse claims, pray that this court declare that defendants, and each of them have no title to the subject property, and enter judgment ordering defendants to transfer title to named plaintiff(s).

## *COMPLAINT FOR MULTIPLE ACTS OF FRAUD*

**BY CREATING FALSE AFFIDAVITS, <u>FALSE SECURITIES,</u> FALSE DEEDS, AND MANUFACTURING AND FILING MANY FALSE INSTRUMENTS IN PUBLIC RECORDS, DEFENDANTS, HAVE CREATED A *"FRAUD MACHINE"* AND EACH OF THEM, INDIVIDUALLY AND COLLECTIVELY HAVE COMMITTED CRIMINAL FORGERY AND FRAUD AGAINST THE SUBJECT PROPERTIES**

*86.* *Exhibits 1-24 and the* preceding paragraphs of this complaint are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each and every allegation *against each defendant* above.

**87.** It is specifically alleged that defendants ***committed a series of fraudulent and illegal acts*** against the subject property, as described herein, which render any purported title, lien, or claim, made by defendant, null and void, and/or unenforceable under law due to defendants fraudulent conduct. Plaintiff(s) was/were induced into believing that these deceitful acts were in good faith.

**88**. In addition to the deceitful, and deceptive acts complained of herein, defendants, individually committed the **following 24 counts of fraud further described in** ***Exhibits 1 through 24 which is attached herein an made a part hereof.*.**

☑Exhibits 1 - 24 Included)

## GENERAL FRAUD PLEADINGS

### 2620 Fashion Ave. Long Beach, CA 90810

89.   The preceding paragraphs, and **_Exhibit "1"_**   attached to this complaint are incorporated herein by reference as fully setforth herein.

89.1   It is alleged herein that defendant **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES** was on **10/21/22**   at   **11:29AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in **_Exhibit "1"_**".

89.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as: **HSBC ILLEGAL SCAM FORECLOSURE 10/21/22 @ 11:29am** and which is owned by plaintiffs.   The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **_Exhibit '1"_** attached herein.   As a result of this fraud plaintiffs have sustained losses in the amount of **$981,441.96**   The identity of the persons involved with this fraud is more particularly described in _Exhibit "1"_ attached herein and made a part hereof.

### 2620 Fashion Ave. Long Beach, CA 90810

89.3   The preceding paragraphs, and **_Exhibit "2"_**   attached to this complaint are incorporated herein by reference as fully setforth herein.

89.4   It is alleged herein that defendant **McCalla Raymer Leibert Pierce, LLP** was on   **10/21/22**   at   **11:29AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out above and in **_Exhibit "2"_**".

89.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as: **HSBC ILLEGAL SCAM FORECLOSURE 10/21/22 @ 11:29am**   and which is owned by plaintiffs.   The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **_Exhibit '2"_** attached herein.   As a result of this fraud plaintiffs have sustained losses in the amount of   **$981,441.96**   The identity of the persons involved with this fraud is more particularly described in **_Exhibit "2"_** attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 2620 Fashion Ave. Long Beach, CA 90810

90.    The preceding paragraphs, and **_Exhibits (1-24) are_** attached to this complaint are incorporated herein by reference as fully setforth herein.

90.1    It is alleged herein that defendant **Nabeel Zuberi & Nikhil Jindal** was on    **10/21/22**    at    **11:29AM**    through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in _Exhibit "3"_.

90.2    The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **HSBC ILLEGAL SCAM  FORECLOSURE**
                                                              **10/21/22 @ 11:29amm**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in Exhibit '3' attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of  **$981,441.96**    The identity of the persons involved with this fraud is more particularly described in _Exhibit "3"_ attached herein and made a part hereof.

### 13152 Laburnun Dr. Tustin Ca. 90280

90.3    The preceding paragraphs, and **_Exhibit "4"_**    attached to this complaint are incorporated herein by reference as fully setforth herein.


90.4    It is alleged herein that defendant **OPTION ONE MORTGAGE CORPORATION** was on    **2/20/23**    at    **15:12**    through the end of the business day was covertly involved in a scheme to defraud identified as setout above and in **_Exhibit '"4"_**.

90.5    The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **EXPIRED DEED OF TRUST OF 4/2006**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in _Exhibit '4"_ attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$586,000.00**    The identity of the persons involved with this fraud is more particularly described in _Exhibit "4"_ attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 13152 Laburnun Dr. Tustin Ca. 90280

91.    The preceding paragraphs, and **_Exhibit "5"_**  attached to this complaint are incorporated herein by reference as fully setforth herein.

91.1   It is alleged herein that defendant **BARRINGTON CAPITAL CORPORATION** was on   **2/20/23**   at   **15:12**    through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in **_Exhibit "5"_**.

91.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **EXPIRED DEED OF TRUST OF 4/2006**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in Exhibit '5' attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$586,000.00**    The identity of the persons involved with this fraud is more particularly described in **_Exhibit "5"_** attached herein and made a part hereof.

### 5502 Dobbs St. #74, Los Angeles, CA 90032

91.3    The preceding paragraphs, and **_Exhibit "6"_**  attached to this complaint are incorporated herein by reference as fully setforth herein.

91.4   It is alleged herein that defendant **OCWEN LOAN SERVICING, LLC** was on   **2/20/23**   at   **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as setforth herein and in **_Exhibit "6"_**.

91.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **FRAUDULENT DEED OF TRUST; FRAUDULENT BANKRUPTCY PROOF OF CLAIM**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **_Exhibit "6"_** attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$1,900,000.00**    The identity of the persons involved with this fraud is more particularly described in **_Exhibit "6"_** attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 5502 Dobbs St. #74, Los Angeles, CA 90032

92.    The preceding paragraphs, and **_Exhibit "7"_**   attached to this complaint are incorporated herein by reference as fully setforth herein.

92.1   It is alleged herein that defendant **PHH MORTGAGE CORPORATION**

was on   **2/20/23**   at   **10:00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in **_Exhibit "7"_**".

92.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:   **FRAUDULENT ASSIGNMENT OF DEED OF TRUST - FRAUDULENT NOTICE OF SALE**   and which is owned by plaintiffs.   The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **Exhibit '7"** attached herein.   As a result of this fraud plaintiffs have sustained losses in the amount of **$500,000.00**      The identity of the persons involved with this fraud is more particularly described in _Exhibit "7"_ attached herein and made a part hereof.

### 13152 Laburnun Dr. Tustin Ca. 90280

92.3     The preceding paragraphs, and **_Exhibit "8"_**   attached to this complaint are incorporated herein by reference as fully setforth herein.

92.4   It is alleged herein that defendant **WESTERN PROGRESSIVE, LLC**

was on   **2/20/23**   at   **10:00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out herein above and in _Exhibit "8"_"

92.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:   **MORTGAGE FRAUD SCAM FROM FRAUDULENT ASSIGNMENT**   and which is owned by plaintiffs.   The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **_Exhibit '8'_** attached herein.   As a result of this fraud plaintiffs have sustained losses in the amount of   **$850,000.00**   The identity of the persons involved with this fraud is more particularly described in **_Exhibit "8"_** attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 13217 Park St. Whitter Ca 90602

93.    The preceding paragraphs, and ***Exhibit "9"*** attached to this complaint are incorporated herein by reference as fully setforth herein.

93.1   It is alleged herein that defendant **360 Partnership LP**

was on    **2/20/23**    at    **10:00AM**    through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in ***Exhibit "9"***.

93.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:   **FRAUDULENT TRUSTEE DEED UPON SALE**   and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in Exhibit '9" attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$850,000.00**        The identity of the persons involved with this fraud is more particularly described in *Exhibit "9"* attached herein and made a part hereof.

### 1330 Bentley Ct, West Covina, CA 91791

93.3     The preceding paragraphs, and ***Exhibit "10"*** attached to this complaint are incorporated herein by reference as fully setforth herein.

93.4   It is alleged herein that defendant **Fabrizo G. Pachano & Veronica J. Pachano**

was on    **2/20/23**    at    **10:00AM**    through the end of the business day was covertly involved in a scheme to defraud  identified as set out hereinabove and in ***Exhibit "10"***.

93.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:     **GRANT DEED FRAUD SCAM**        and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in ***Exhibit "10"*** attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of    **$850,000.00**   The identity of the persons involved with this fraud is more particularly described in ***Exhibit "10"*** attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 6046 Fallbrook Ave, Woodland Hills, CA 91367

94.    The preceding paragraphs, and *Exhibit "11"* attached to this complaint are incorporated herein by reference as fully setforth herein.

94.1   It is alleged herein that defendant **Magnum Property Investments, LLC** was on **2/20/23** at **10:00AM** through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in *Exhibit "11"*.

94.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **GRANT DEED FRAUD SCAM**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit "11"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$850,000.00**    The identity of the persons involved with this fraud is more particularly described in *Exhibit "11"* attached herein and made a part hereof.

### 2312-2314 Pinecrest Ct, West Palm Beach, FL 33415

94.3    The preceding paragraphs, and *Exhibit "12"* attached to this complaint are incorporated herein by reference as fully setforth herein.

94.4   It is alleged herein that defendant **WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST,** was on **2/20/23** at **10:00AM** through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in *Exhibit "12"*.

94.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **ILLEGAL FORECLOSURE/ILLEGAL EVICTION**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit "12"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of    **$850,000.00**    The identity of the persons involved with this fraud is more particularly described in *Exhibit "12"* attached herein and made a part hereof.

**GENERAL FRAUD PLEADINGS**                    Page 37 of 86

**2312-2314 Pinecrest Ct, West Palm Beach, FL 33415**

95.    The preceding paragraphs, and ***Exhibit "13"***  attached to this complaint are incorporated herein by reference as fully setforth herein.

95.1    It is alleged herein that defendant **CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.,** was on **3/20/2023** at **10;00AM**  through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in ***Exhibit "13"***.

95.2    The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **ILLEGAL EVICTION ILLEGAL FORECLOSURE**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in ***Exhibit "13"*** attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$400,000.00**    The identity of the persons involved with this fraud is more particularly described in ***Exhibit "13"*** attached herein and made a part hereof.

**214 Begnaud Dr.; Lafayette, La. 70501**

94.3    The preceding paragraphs, and ***Exhibit "14"***  attached to this complaint are incorporated herein by reference as fully setforth herein.

95.4    It is alleged herein that defendant. **Claire Mayer &  LOGS LEGAL GROUP, LLP** was on **3/20/2023** at **10;00AM**  through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in ***Exhibit "14"***.

95.5    The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:    **MORTGAGE FRAUD/ BANKRUPTCY SCAM**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in ***Exhibit "14"*** attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of  **$820,000.00**    The identity of the persons involved with this fraud is more particularly described in ***Exhibit "14"*** attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

Page 38 of 86

### 59 Coach Road, Stroudsburg, PA 18360

96.     The preceding paragraphs, and **_Exhibit "15"_**  attached to this complaint are incorporated herein by reference as fully setforth herein.

96.1   It is alleged herein that defendant **FREEDOM MORTGAGE CORPORATION** was on **3/20/2023** at  **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in **_Exhibit "15"_**.

96.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:           **MORTGAGE NOTE FRAUD**           and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **_Exhibit '15"_** attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$1,200,000.00**    The identity of the persons involved with this fraud is more particularly described in _Exhibit "15"_ attached herein and made a part hereof.

### 46TH AVENUE SAN FRANCISCO, CA. 94121

96.3     The preceding paragraphs, and **_Exhibit "16"_**  attached to this complaint are incorporated herein by reference as fully setforth herein.

96.4   It is alleged herein that defendant **SOLON HOUSE, LLC** was on **3/20/2023** at   **10;00AM**  through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in **_Exhibit "16"_**.

96.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as: **FRAUD ON A COURT & FRAUDULENT SALE OF REAL PROPERTY** and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in **_Exhibit '16'_** attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of  **$1,200,000.00** The identity of the persons involved with this fraud is more particularly described in **_Exhibit "16"_** attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 46TH AVENUE SAN FRANCISCO, CA. 94121

97.    The preceding paragraphs, and *Exhibit "17"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

97.1    It is alleged herein that defendant **STEPHEN MCDONAGH** was on **3/20/2023** at   **10;00AM**    through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in *Exhibit "17"*.

97.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as: **FRAUD ON A COURT & FRAUDULENT SALE OF REAL PROPERTY**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit '17"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$1,200,000.00**    The identity of the persons involved with this fraud is more particularly described in *Exhibit "17"* attached herein and made a part hereof.

### 46TH AVENUE SAN FRANCISCO, CA. 94121

97.3    The preceding paragraphs, and *Exhibit "18"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

97.4    It is alleged herein that defendant **BENNETT HONG** was on **3/20/2023** at   **10;00AM**    through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in *Exhibit "18"*.

97.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as: **FRAUD ON A COURT & FRAUDULENT SALE OF REAL PROPERTY**    and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit '18'* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$1,200,000.00**   The identity of the persons involved with this fraud is more particularly described in *Exhibit "18"* attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS <span style="float:right">Page 40 of 86</span>

### 46TH AVENUE SAN FRANCISCO, CA. 94121

98.    The preceding paragraphs, and *Exhibit "19"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

98.1   It is alleged herein that defendant **THE DEL PRADO FAMILY TRUST** was on **3/20/2023** at   **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in *Exhibit "19"*.

98.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:                **FRAUD**                          and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit "19"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$1,200,000.00**    The identity of the persons involved with this fraud is more particularly described in *Exhibit "19"* attached herein and made a part hereof.

### 4745 Cutler Ave, Baldwin Park Ca. 91706

98.3    The preceding paragraphs, and *Exhibit "20"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

98.4   It is alleged herein that defendant **ISHAK BISHARA** was on **3/20/2023** at   **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in *Exhibit "20"*.

98.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:            **REAL ESTATE FRAUD**                and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit '20'* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of   **$480,000.00**   This identity of the persons involved with this fraud is more particularly described in *Exhibit "20"* attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 214 Begnaud Dr.; Lafayette, La. 70501

99.    The preceding paragraphs, and *Exhibit "21"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

99.1   It is alleged herein that defendant **Flagstar Bank, FSB**

was on **3/20/2023**  at   **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in *Exhibit "21"*.

99.2   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:          **MORTGAGE FRAUD**                and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit '21"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$150,000.00**         The identity of the persons involved with this fraud is more particularly described in *Exhibit "21"* attached herein and made a part hereof.

### 214 Begnaud Dr.; Lafayette, La. 70501

99.3    The preceding paragraphs, and *Exhibit "22"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

99.4   It is alleged herein that defendant **DEAN MORRIS, LLP**

was on **3/20/2023**  at   **11:29AM**   through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in *Exhibit "22"*.

99.5   The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:          **MORTGAGE FRAUD**                and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit '22'* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of   **$150,000.00**   This identity of the persons involved with this fraud is more particularly described in *Exhibit "22"* attached herein and made a part hereof.

## GENERAL FRAUD PLEADINGS

### 214 Begnaud Dr.; Lafayette, La. 70501

100.    The preceding paragraphs, and *Exhibit "23"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

100.1    It is alleged herein that defendant **LAFAYETTE PARISH SHERIFF DEPARTMENT** was on **3/20/2023**  at   **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified as set out hereinabove and in *Exhibit "23"*.

100.2    The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:        **WRONGFUL EVICTION**             and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit "23"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of **$150,000.00**        The identity of the persons involved with this fraud is more particularly described in *Exhibit "23"* attached herein and made a part hereof.

### 214 Begnaud Dr.; Lafayette, La. 70501

100.3    The preceding paragraphs, and *Exhibit "24"*  attached to this complaint are incorporated herein by reference as fully setforth herein.

100.4    It is alleged herein that defendant **LASHAE ENTERPRISES, LLC** was on **3/20/2023**  at   **10;00AM**   through the end of the business day was covertly involved in a scheme to defraud identified hereinabove and in *Exhibit "24"*.

100.5    The fraud consisted of multiple misrepresentations relative to the subject property which is identified as:        **WRONGFUL EVICTION**             and which is owned by plaintiffs.  The place of this fraud occurred at defendants own corporate and satellite offices maintained by these defendants and at the locations identified in *Exhibit "24"* attached herein.  As a result of this fraud plaintiffs have sustained losses in the amount of   **$110,000.00**        This identity of the persons involved with this fraud is more particularly described in *Exhibit "24"* attached herein and made a part hereof.

**R.I.C.O**

## *COUNT 3: RACKETEERING:*

### COMPLAINT FOR UNLAWFUL RACKEETERING ACTIVITY

**DEFENDANTS CONSPIRACIES, AND FRAUDULENT CONDUCT HAVE RESULTED IN THEFT, EMBEZZLEMENT, MAIL FRAUD, AND INTENTIONAL VIOLATIONS OF THE FEDERAL RACKETEER INFLUENCED CORRUPT ORGANIZATIONS ACT, AND PLAINTIFFS AND THE CLASS HAS BEEN DAMAGED IN THEIR PROPERTY RIGHTS.**

*101.* *Exhibits 1-24, and the* ***THE RICO CLAIM****,* of this complaint are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each and every allegation, *against each defendant* above.

### RICO VIOLATIONS:

*102.* Plaintiff reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants named herein **conspired among themselves** to violate sections 18 U.S.C. §1962(a)(b)(c) and section (d) by agreeing to conduct or participate in the affairs of the enterprises referred to in this complaint through a pattern of racketeering and activity and committed more than two acts of racketeering activity, as setout herein, one of which occurred after the effective date of this racketeering chapter and the last act which occurred after the effective date of racketeering chapter, and the last of which occurred within ten years (excluding any period of imprisonment).

**103.** The racketeering activity complained of herein above was in effect at the time of the filing of this lawsuit. The racketeering activity consisted of the fraud, embezzlement, extortion, mail fraud, and wire fraud, bank fraud, and money laundering transactions as described herein.

### *CONSPIRACY TO VIOLATE RICO*

*104.* At all times relevant herein, it is alleged that the defendants, their employees, agents, attorneys, and all other persons acting in concert or purporting to act as representatives for the defendants had devised a scheme or artifice to defraud, or to obtain the money or credit or property from the plaintiff by means of false or fraudulent pretenses, or to procure for unlawful use counterfeit devices or spurious coin, and other devices used to defraud for the sole purpose of defrauding plaintiff of rights or property and to unlawfully gain property rights rightfully and justly belonging to plaintiff's estate in violation of 18 U.S.C. §1341. It is specifically alleged that the named RICO individuals and enterprises, operate separate and distinct from each other.

## R.I.C.O

### Acquisition and Maintenance of an Interest in and Control of

### an Enterprise Engaged in a Pattern of Racketeering Activity:

### 18 U.S.C. §§ 1961(5), 1962(b)

**105**. Exhibits 1-24 are incorporated herein by reference.   On or about June 6, 2012, defendant acquired an interest in and Control of the enterprise and began engaging in a certain Pattern of Racketeering Activity.

106.  This pattern of racketeering activities includes but is not limited to FRAUD, MAIL FRAUD, MAIL FRAUD, WIRE FRAUD, BANK FRAUD, EMBEZZLEMENT, & MONEY LAUNDERING, FINANCIAL INSTITUTION FRAUD, COMPUTER FRAUD, AND SECURITIES FRAUD.

107.   At various times and places partially enumerated in Plaintiff's documentary material, all Defendants did acquire and/or maintain, directly or indirectly, an interest in or control of the RICO enterprise described herein.

108. There are many unknown individuals who were associated in fact and who did engage in, and whose activities did affect, interstate and foreign commerce, all in violation of 18 U.S.C. § 1961(4), (5), (9), and §1962(b).

109. During the ten (10) calendar years preceding March 1, 2015., two or more, or all Defendants did cooperate jointly and severally in the commission of two (2) or more of the RICO predicate acts that are itemized in the RICO laws at 18 U.S.C. §§1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. §1962(b).

110.  The said two acts or more illegal acts are:

(a) mail fraud,

(b) bank fraud,

(c) money laundering,

(d) fraud, (including exhibits 1-24)

(e) embezzlement

**R.I.C.O**    **FACTUAL ALLEGATIONS**
**THE RICO ENTERPRISE - DESCRIPTION** (1961(4))

111. The enterprise consist of a corrupt group of legal entities, and operates nationwide, and which includes individuals (including attorneys, contractors, employees of defendants), finance institution, trustees, national and local banks, law firms and partnerships, corporations and LLC's which purport to purchase properties which made the basis of this lawsuit, including associations and other legal entities, including a covert group of individuals who are **_associated in fact_** although not a legal entity. A _partial list_ of the entities which make up the enterprise are as follows:

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES | **McCalla Raymer Leibert Pierce, LLP** |
| **Nabeel Zuberi & Nikhil Jindal** | **OPTION ONE MORTGAGE CORPORATION** |
| **BARRINGTON CAPITAL CORPORATION** | **OCWEN LOAN SERVICING, LLC** |
| **PHH MORTGAGE CORPORATION** | **WESTERN PROGRESSIVE, LLC** |
| **360 Partnership LP** | **Fabrizo G. Pachano & Veronica J. Pachano** |
| **Magnum Property Investments, LLC** | WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST. |
| CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., | **Claire Mayer & LOGS LEGAL GROUP, LLP** |
| **FREEDOM MORTGAGE CORPORATION** | **SOLON HOUSE, LLC** |
| **STEPHEN MCDONAGH** | **BENNETT HONG** |
| **THE DEL PRADO FAMILY TRUST** | **ISHAK BISHARA** |
| **Flagstar Bank, FSB** | **DEAN MORRIS, LLP** |
| **LAFAYETTE PARISH SHERIFF DEPARTMENT** | **LASHAE ENTERPRISES, LLC** |

112. During the relevant time period, it is alleged that the defendants, and each of them, did operate an illegal enterprise, comprising separate corporations, Limited Liability Companies, lawfirms, attorneys, and individuals who were associated in fact and who did engage in, and whose activities did affect, interstate and foreign commerce, in violation of the federal civil RICO statutes.

113. The Enterprise(s) complained of herein are separate entities which are used to commit the fraud and predicate acts complained of herein, including money laundering, wire fraud, bank fraud,, and securities fraud related to the property.

**R.I.C.O**                    **A. THE CONDUCT**                    Page 46 of 86

114. Exhibits 1-24 - Fraud pleadings are incorporated herein by reference as if fully setforth herein. The conduct includes criminal acts, fraudulent instruments filed in public record multiple acts of fraud, securities fraud, invasion of privacy and falsely manufactured and forged instruments, which purport to claim to have legal rights to the subject property, but which in fact are *only instruments based upon fraudulent acts by the defendants* for the sole purpose of creating "an interest" in the subject real property, but were actually ***fraduently manufactured*** in order to gain an unjust economic financial advantage over the plaintiff(s) as ***complained of herein and setforth in particularity, in*** Exhibit **"1-24" - Fraud (the FRAUD claims  and this complaint which is made a part hereof.**

***115***.   Defendants, and each of them, individually, and in concert used unlawful and unscrupulous methods of illegal ***fraudulent conveyances*** to create a false interest in real property, fraudulently setting themselves up as "good faith legal transactions or ***holders in due course,*** but having only ***worthless "ghost notes"*** or ***inferior lien rights*** which give defendants no right to possession over the subject properties what-so-ever.

116. Defendants ***routinely use fraud to steal property*** from consumers, and used the same malicious, despicable, and fraudulent system to create a false interest in plaintiff's Real Property, whereby defendants so called "interest" is actually based on false **liens**, or *fraudulently manufactured deeds*, worthless ***fraudulent mortgages, or fraduently securities instruments, held by defendants.***

*117*.   Defendants, and each of them, individually, and collectively, ***routinely use fraud to steal property*** from consumers, and used the same malicious, despicable, and fraudulent system to defraud public record, create a false interests in Real Property, including the Plaintiffs' Real Property, whereby defendants so called "interest" is actually and in reality only based on FRAUD, false **liens**, or *fraudulently manufactured deeds*, worthless ***fraudulent mortgages, or fraudulentl securities instruments masquerading as mortgages..*..

**R.I.C.O**

## B. THE ENTERPRISE ENGAGED IN OR ACTIVITIES WHICH AFFECT INTERSTATE COMMERCE

118. It is specifically alleged that the enterprise is/was engaged in interstate (or foreign) commerce, in that defendant's does business in multiple states, which affect interstate commerce.

119. The enterprise has branch offices established all throughout the continental United States, and engages in the financial services market, and/ or real property market, although Midsouth officially does business throughout the United States.

## THE ACTIVITIES AFFECTED INTERSTATE COMMERCE

120. The enterprises activities affected interstate commerce and trade, or business between two or more states. Here the Enterprise is/was involved in or affected the way mortgage business, finance companies, banking, real estate, etc, between at least two or more states. The enterprise is engaged in interstate commerce whereas such as this enterprise, it is itself directly engaged in the production, distribution, or acquisition of services, money, goods, or other property in interstate commerce.

**R.I.C.O**

## C. EACH OF THE DEFENDANTS WERE EMPLOYED BY OR ASSOCIATED WITH THE ENTERPRISE.

121. It is alleged herein, that each of the defendants are employed by or associated with the illegal enterprise and each is aware of the existence of the enterprises, understand its illegal nature, but still participates in the activities of the enterprise.

122. It is alleged, that each of named defendants was highly aware of the illegal activities of the enterprise, and with that awareness participated in, aided, or furthered the enterprise's illegal activities or had an ownership interest in the enterprise.

**A. THE INDIVIDUAL DEFENDANTS WERE EMPLOYED BY OR ASSOCIATED WITH THE ENTERPRISE.**

Defendant HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES is associated with the enterprise.

Defendant **McCalla Raymer Leibert Pierce, LLP** is associated with the enterprise.

Defendant **Nabeel Zuberi & Nikhil Jindal** is associated with the enterprise.

Defendant **OPTION ONE MORTGAGE CORPORATION** is associated with the enterprise.

Defendant **BARRINGTON CAPITAL CORPORATION** is associated with the enterprise.

Defendant **OCWEN LOAN SERVICING, LLC** is associated with the enterprise.

Defendant **PHH MORTGAGE CORPORATION** is associated with the enterprise.

Defendant **WESTERN PROGRESSIVE, LLC** is associated with the enterprise.

Defendant **360 Partnership LP** is associated with the enterprise.

Defendant **Fabrizo G. Pachano & Veronica J. Pachano** is associated with the enterprise.

Defendant **Magnum Property Investments, LLC** is associated with the enterprise.

Defendant WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, is associated with the enterprise.

Defendant CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., is associated with the enterprise.

Defendant **Claire Mayer & LOGS LEGAL GROUP, LLP** is associated with the enterprise.

Defendant **FREEDOM MORTGAGE CORPORATION** is associated with the enterprise.

Defendant **SOLON HOUSE, LLC** is associated with the enterprise.

Defendant **STEPHEN MCDONAGH** is associated with the enterprise.

Defendant **BENNETT HONG** is associated with the enterprise.

Defendant **THE DEL PRADO FAMILY TRUST** is associated with the enterprise.

Defendant **ISHAK BISHARA** is associated with the enterprise.

Defendant **Flagstar Bank, FSB** is associated with the enterprise.

Defendant **DEAN MORRIS, LLP** is associated with the enterprise.

Defendant **LAFAYETTE PARISH SHERIFF DEPARTMENT** is associated with the enterprise.

Defendant **LASHAE ENTERPRISES, LLC** is associated with the enterprise.

**R.I.C.O**

## D. EACH OF THE DEFENDANTS KNOWINGLY PARTICIPATED, DIRECTLY OR INDIRECTLY IN THE CONDUCT OF THE ENTERPRISE THROUGH A PATTERN OF RACKEETERING ACTIVITY, INCLUDING THE COLLECTION OF UNLAWFUL DEBTS

123.   It is alleged herein,  that each of the defendants knowingly participated either directly or indirectly in the conduct of the enterprise, including the operations and management of the enterprise, or aiding and abetting, through a pattern of Racketeering Activity, including, the fraud, conspiracies to commit fraud, fraud against personal and

### E. THROUGH A PATTERN OF RACKETEERING ACTIVITY

124.   It is alleged by the plaintiffs herein that *each* of the named defendants herein *knowingly conducted the enterprise's affairs* or knowingly participated, directly or indirectly, in the conduct of the enterprise's affairs "through a pattern of racketeering activity."   It is alleged that each of the named defendants committed at least two of the acts of racketeering activity alleged in the complaint, including mail fraud, fraud, wire fraud, and the last act occurred within ten years  after the commission of a previous act of racketeering activity for either one of these defendants.

### *RELATEDNESS*

**125.**   The acts of racketeering activity complained of herein were related to each other, meaning that there was a relationship between or among the acts of racketeering activity complained of herein.  The alleged acts are related because the said acts had the same or similar purposes, results, participants, victims, methods of commission, or were otherwise interrelated by distinguishing characteristics.

### *CONTINUITY*

126. It is alleged herein that the defendant's acts of racketeering activity complained of, amounted to or poses a threat of ***continued criminal activity***, including the money laundering, mail fraud, property fraud, wire fraud, and general unlawful will continue if not enjoined

# R.I.C.O    <u>LIST OF DEFENDANTS, ALLEGED MISCONDUCT & LIABILITY</u>

127. The specific name of the defendants perpetrators and alleged misconduct and basis of liability of each of these defendants are as follows:

| NAME OF DEFENDANT | THE ALLEGED MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| McCalla Raymer Leibert Pierce, LLP | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| Nabeel Zuberi & Nikhil Jindal | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| OPTION ONE MORTGAGE CORPORATION | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| BARRINGTON CAPITAL CORPORATION | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| OCWEN LOAN SERVICING, LLC | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| PHH MORTGAGE CORPORATION | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| WESTERN PROGRESSIVE, LLC | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| 360 Partnership LP | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| Fabrizo G. Pachano & Veronica J. Pachano | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| Magnum Property Investments, LLC | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST, | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A., | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| Claire Mayer & LOGS LEGAL GROUP, LLP | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| FREEDOM MORTGAGE CORPORATION | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| SOLON HOUSE, LLC | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| STEPHEN MCDONAGH | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| BENNETT HONG | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |

# R.I.C.O   <u>OTHER WRONDOERS AFFILIATED WITH THE ENTERPRISE</u>

128. There are other wrongdoers affiliated with the enterprise also, and the specific name of these wrongdoers, perpetrators and alleged misconduct of each of these RICO persons are as follows:

| NAME OF WRONGDOER | THE ALLEGED MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| THE DEL PRADO FAMILY TRUST | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| ISHAK BISHARA | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| Flagstar Bank, FSB | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| DEAN MORRIS, LLP | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| LAFAYETTE PARISH SHERIFF DEPARTMENT | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |
| LASHAE ENTERPRISES, LLC | FRAUD, COMPUTER FRAUD, WIRE FRAUD, RACKETEERING | STRICT LIABILITY |

**R.I.C.O**

## CAUSING INJURY TO PLAINTIFF'S BUSINESS OR PERSONAL PROPERTY

129. Plaintiffs reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants named herein *conspired among themselves* to cause injury and did cause injury to plaintiff personal and business property which acts violate following predicate acts: prohibited by 18 U.S.C. §1961. including, but which is not limited to all of the injuries described below:

☑ Loss of Real Property                 ☑ Financial Losses  exceeding $1 Million (+)

☑ Loss of Future Profits & Equity       ☑ Losses due to Accounting & Financial Fraud

☑ Losses due to Theft                   ☑ Losses due to racketeering,,

☑ Losses due to embezzlement,           ☑ Losses due to  money laudering acitivty,

☑ Financial Losses due to fraud,        ☑ Property Losses due to  Bankruptcy Fraud,

☑ Losses Due Computer Fraud,            ☑ Financial Loss Due to  Securities Fraud

## THE VICTIMS & INJURIES SUSTAINED:

130. The names of the victims and the how each victim has been harmed and injured is as follows:

| NAME OF VICTIM | THE ALLEGED INJURY |
|---|---|
| Alfred McZeal, Jr. | theft, fraud, fraud in real property, unjust enrichment |
| Jose R. Solano | theft, fraud, fraud in real property, unjust enrichment |
| Vien Thi-Ho | theft, fraud, fraud in real property, unjust enrichment |
| Yesenia Del Toro | theft, fraud, fraud in real property, unjust enrichment |
| Veronica Ponder Waters | theft, fraud, fraud in real property, unjust enrichment |
| Geddes Sean Gibbs | theft, fraud, fraud in real property, unjust enrichment |
| Natalie Langley-Gibbs | theft, fraud, fraud in real property, unjust enrichment |
| Rene Del Prado | theft, fraud, fraud in real property, unjust enrichment |
| Soledad Solano | theft, fraud, fraud in real property, unjust enrichment |

**R.I.C.O**                    **The Predicate Acts**

131.    ***Exhibits 1-24 the Fraud Pleadings***, and the previous paragraphs are incorporated herein by reference. The Racketeering Activity is perpetrated by each of the defendants, either directly, or indirectly, by *aiding and abetting* in a criminal and civil conspiracy, and each of them, individually, and collectively have committed the following predicate acts:

    ☑ Mail Fraud - Section 1341 (relating to mail fraud); ( Exhibit "1-24")
    ☑ Bankruptcy Fraud  any offense involving fraud connected with a case under title 11
    ☑ Computer Fraud  (18 U.S.C. §1030)
    ☑ Financial Institution Fraud Section 1344 (relating to financial institution fraud),
    ☑ Fraud, Embezzlement, Theft. (See Attached Exhibit "1-24" - Fraud Pleadings)
    ☑ Wire Fraud - Section 1343 (relating to wire fraud); (See Exhibit "1-24")
    ☑ Money Laundering - Section 1956 (relating to the laundering of monetary instruments),
    ☑ Securities Fraud  any offense involving fraud connected with a case under title 11

**131.1** It is alleged herein that one or more or all of the named defendants committed the acts, either directly, or indirectly, by *aiding and abetting* in a criminal and civil conspiracy, in groups, and each of them, individually, and collectively have committed the said predicate acts.

**131.2**    It is specifically that the details of  each of the defendants fraud and racketeering activity is further set forth in Exhibit 1 thourgh 24, naming each of trhe defendants individually and the unlawful acts, directly, or indirectly, by *aiding and abetting* in a criminal and civil conspiracy whereas each defendants is independently subjected to a judgment in treble damages and punitive damages from the unlawful alleged herein.

**COUNT 4:    *FAIR DEBT COLLECTION PRACTICES:*

COMPLAINT FOR VIOLATION OF
FAIR DEBT COLLECTION PRACTICES ACT**

**DEFENDANTS' FRAUDULENT AND ABUSIVE ACTS HAVE VIOLATED THE FAIR
DEBT COLLECTION PRACTICES ACTS - *AGAINST ALL DEFENDANTS***

132.  **Exhibits 1-24 are incorporated herein by reference.** Plaintiffs reallege, as if fully set forth herein, each allegation above. It is specifically alleged herein that the above named defendants conspired among themselves to violate the *Fair Debt Collections Practices Act,* by engaging in abusive, deceptive, and unfair debt collection practices and unconscionable acts which consisted of harassment, abuse, false and misleading or fraudulent conduct complained of above, and which acts were done intentionally to harass, oppress, or abuse the plaintiff in connection of a debt or an alleged debt claimed by the defendants.

(FRAUD) including the RICO CLAIM is incorporated herein, as if fully set forth herein by reference.

133.    The defendants, and each of them, directly or indirectly   mismanaged the plaintiff's purported account established by defendants by improperly "stealing" and/or laundering monies or credits in favor of themselves directly from the plaintiff's account with the improper and illegal use of a computer system by fraudulently inputting unauthorized credits or unauthorized  amounts of money and misrepresenting these charges as valid "charges".

134. These improper computer entries, or so-called " charges" claim to represent monies owed by the plaintiff, but these are nothing more than "illegal data entry or charges" which was improperly entered into the defendant's computer system or financial record.

135. These same fraudulent charges are then transferred on the accounting books or credited directly to defendants in the form of credits while resulting in wrongful debit transactions for the plaintiff, and which plaintiff is not really required to pay.

136. These types of accounting misrepresentations are common occurrences for defendants, and  each of them  refuses to reverse such unlawful entries even after promising or after complaints are made, but never does, and results in negligent misrepresentations without support for such charges, resulting in fraud, theft, and embezzlement using plaintiff's account.

## ***COUNT 4:    FAIR DEBT COLLECTION PRACTICES:***

1   **137. Exhibits 1-24 are incorporated herein by reference.**

2       Plaintiff's reallege, as if fully set forth herein, each allegation above.

3   The following **nonexclusive list of acts** were committed by the defendants named herein against

4   the plaintiffs in furtherance of the conspiracy and/or violations of law complained of herein:

5   **(a)** The defendants made several false, deceptive, misleading or false representations to the plaintiff, as specifically described in Exhibits 1-24 as abundantly setforth in the fraud claims attached to this

6   complaint setforth in detail in Exhibits 1-24 and supplemental fraud pleadings.

7   **(b)** Misrepresenting the character, amount, or legal status of debt; by overstating the amounts actually owed to them, or by making up imiginary amounts which do not really exist, and,

8

9   **(c)** Misrepresenting services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt, and,

10  **(d)** Misrepresenting and abusing the use of Attorneys to perform evictions, or other representatives to collect debts which are not owed to the defendants, and,

11

12  **(e)** Publicly publishing plaintiff's name in court or other public places which falsely alleged that plaintiff owes a debt, or refuse to pay a debt; especially certain debts not owed to the defendants, and,

13

14  **(f)** Sending several unfounded invoices and bills by the defendants representatives or attorney of record, or other employees and agents of the defendants; and,

15  **(g)** The use of negligent, false representations, or deceptive means to collect, or attempt to collect a false debt  such as *debts which are already satisfied* or *debts not actually owed to the defendants*;

16  and,

17  **(h)** Negligent, and Intentional failure to follow up in good faith on "disputed debts" with the plaintiff after plaintiff advised defendants that the alleged debt was in fact disputed and no such debts were

18  actually owed to the defendants; and,

19  **(i)** Prosecuting or threatening to prosecute a malicious and adverse action against the plaintiff and/or plaintiff's legal estate for debts which are not really owed to the defendants; and,

20

21  **(j)** Attempts to collect improper debts which were fraudulently entered into a computer system by defendant's employees or executing or causing to execute a malicious computer program operating within computing environment; and,

22

23  **(k)** Knowingly filing a fraudulent liens or claims as setforth in Exhibits 1-24, the RICO CLAIM against plaintiff's legal estate in violation of the Uniformed ***DECEPTIVE TRADE PRACTICE ACT*** or otherwise severe violations of the consumer protection laws of this state.            .

24

25  **(l)** Filing harassing legal actions or legal letters in proceedings, which make fraudulent financial claims to harrass the plaintiff in an attempt to extort or embezzle assets are not owed to them, and,

26  **(m)** Continuing to knowingly, and intentionally misrepresent debts owed and committing all of the above fraudulent acts complained of herein as of the date of the filing of this complaint.

27

28  (n)  Continuing to assert false liens and interest against property which is not owned by the defendants for which defendants have no actual legal interest in.

***COUNT 4:    FAIR DEBT COLLECTION PRACTICES:***    Page 56 of 86

**138.** The Plaintiffs herein are entitled to have Defendants apply mortgage servicing procedures in ways that do not result in fraud, negligence, misrepresentation or in ways that do not result in any unauthorized and fraudulent charges assessed that result in breach of contract;  The implied term of the contracts required defendants to service Plaintiff's purported account with professional competence, and due care, and to cooperate in the performance of the contracts, and to reasonably execute the contracts in a fair, even handed and reasonable manner.  Defendants have been the actual causes of these breaches and have clearly breached this duty.  The infliction of punitive damages, with sanctions, should thus be imposed upon the defendants by this court.

**139.** Plaintiff's realloge each and every paragraph, as if fully set forth herein, each allegation above.      These defendant's actions are unfair and/or deceptive within the meaning of the ***Uniformed  Deceptive  Trade  Practices  Act*** or  the  consumer  protection  laws  of  the state of            ***California.***            For all practical purposes of this complaint, plaintiffs are consumers under the consumer protection laws of  this state.

**140.** Defendants actions have the tendency or capacity to mislead plaintiffs about the amounts actually owed to defendants.   The various conflicting amounts without valid supporting evidence or the plaintiff's permission or authorization demonstrates that defendant's fraud against the plaintiff(s) knows no bounds.

**141.** As plainly illustrated these treacherous defendants have stooped to the *lowest level of deceit, trickery, and fraud* in order to mislead, or gain  an undue economic advantage over the plaintiffs.

**142.** Defendants fails to utilize due care or professional competence in the administration of the Plaintiffs account resulting in negligence and gross negligence.

**143.** Defendants general course of conduct has an impact on the public interest, and the acts complained of herein are ongoing and/or have a substantial likelihood of being repeated.

**144.** It is alleged that said unlawful conduct by the defendants, and each of them, individually and collectively are the proximate causes for violations  of fair debt collections practices act.

## *COUNT 5:*

### Violations of the Consumer Credit Protection Act
(Truth in Lending - 15 U.S.C. §1601, et seq)

## DEFENDANTS FAILURE TO PROVIDE THE TRUTHFUL INFORMATION REQUIRED BY FEDERAL LAW HAS RESULTED IN SEVERE VIOLATIONS OF THE FEDERAL TRUTH IN LENDING ACT.

**145.** Plaintiffs reallege, as if fully set forth herein, each allegation above.

**146**. It is specifically alleged herein that each defendant, individually, committed the acts and by their fraudulent acts and failure to make certain required financial disclosures regarding credit and financial transactions, they have violated the *F*ederal *C*onsumer *C*redit *P*rotection *A*ct.

**141.** Defendants have improperly offered credit sales, to its customers and to the plaintiffs, but has failed to adequately disclose cost disclosures in order to assure a meaningful disclosure of the terms of leases of personal property for personal, family, or household purposes so as to enable the plaintiff, and its customers, to compare more readily the various lease terms available or to enable comparison of loan or lease terms with accurate disclosures as required by law.

**147.** As a result of defendants fraudulent acts and other excessive unfounded charges, the interest rate attached to the plaintiff's purported account with defendants is automatically increased, without proper disclosure, beyond any prior agreed upon amounts for the interest rate. Moreover, defendants fraudulent practices results in undisclosed or hidden interest rates or finance charges which cannot be determined in connection with any consumer credit transaction as required by governing law.

**148.** The named defendants, and each of them individually as setforth in Exhibit 1 thru 24 have willfully given perpetrated the acts complained of herein, and have provided fraudulent, false, or inaccurate information to the plaintiff(s), or fails to provide information which is required under law under the provisions of 15 U.S.C. §1601, et seq and is *thus criminally liable for its willful and fraudulent acts* against the plaintiff's financial estate with regards to the disputed account(s) complained of in this lawsuit. Defendants are thus liable to criminal prosecution under Section §112. (Criminal liability for willful and knowing violation) and are liable to the plaintiff in this lawsuit due to these criminal acts committed against the financial estate of the plaintiff.

## *COUNT 6:*

### **Complaint for Securities Fraud**

( 15 U.S.C. §77a, et seq)
### *Securities Exchange Act of 1934*

## AGAINST ALL NAMED DEFENDANTS

**149.**   Plaintiffs reallege, as if fully set forth herein, each allegation above, including the allegations and fraud claims contained in Exhibit 1 through Exhibit 24.

**150.**    Defendants use of deceptive devices, as previously described herein, and its fraudulent conduct and deceitful business practices constitutes securities fraud, and violations of the Securities Act of 1933, and the Securities Exchange Act of 1934, as amended.

**151.** Defendants, and each of them, have traded mortgages and other instruments on the public stock market directly or indirectly influenced interstate commerce, and have influenced many so called "short sales" for the sole purose of stealing these assets which belong to the plaintiffs, and class members, but not the defendants.

Specifically, defendants unlawful and deceitful acts constitute violations of Section 10 - "***Manipulative and Deceptive Devices***" whereby "It shall be unlawful for any person directly or indirectly, by the use of any means or instrumentality of intersate commerce or of the mails, or any facility of any national securities exchange - To effect a short sale, or to use or employ any stop-loss order in connectoin with the purchase of sale, or any security registered, on a national securities exchange, in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the public interest or for the protection of investors."

### *COUNT 7:*

### Violations of Home Owners Equity Protection Act

(12 USC §4901 et seq)

## AGAINST ALL NAMED DEFENDANTS

152. The previous paragraphs and *Exhibits 1-24* are is incorporated herein by reference.

153. Defendants intentional acts of fraud, failure of disclosure and other fraudulent acts have violated the Home Owners Equity Protection Act of 1994, 1998, (HOEPA) and the Home Owners Protection Act of 1998. (12 USC 4901)

**154**. Defendants have continued to issued out mortgage loans based on the borrowers' promises about their income or in anticipation of the house's rises in value in violation of law and in violation of the Federal Reserve adopted new Truth in Lending rules in 2008.

**155.** These rules were specifically meant to foster more responsible mortgage lending and protect consumers from predatory mortgages, but defendants have continued a course of dishing out loans to consumers without complying with the regulations setforth in the Home Owners Protection Act of 1998, and have the Home Owner's Protection Act of 1999.

**156**. Specifically, defendants have violated the acts by virtue of all of the following:

(a) failure to do Strict Screening of the Borrowers' Ability to Repay; and,

(b) Failure to Verify and Demand for Solid Documentation of Income and Assets of applicants,

(c) Failure to place Partial Ban on Prepayment Penalties, and,

(d) Failure to Establish Escrow Accounts for Principal and Interest as required by law.

(e) Failure to provide the financial disclosures as required by law.

**157**. Further, defendants have violated the Home Owners Protection Act of 1999 by failing to,

(f) Failure to Cancel PMI or Private Mortgage Insurance on single-family, primary residences, which occurred after 1999, and,

(g) failure to provide notices of cancellation to consumers relative to the cancellation of Private Mortgage Insurance.

### COUNT 8:

### Civil Action For Equal Rights Under Law

### (42 U.S.C. §1981)

### (Civil Rights Violations)

## AGAINST ALL NAMED DEFENDANTS

**158** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above. Plaintiff incorporates Exhibits 1-24 as if fully setforth herein. The personal property, constitutional rights, and legal rights of the plaintiff(s) with respect to personal property, and real property have been violated as set out herein.

**159**. The Civil Rights of the plaintiffs with respect to the subject properties have been violated as setout herein above. Specifically, _the defendants have deprived plaintiff of the right to actual value and also the right of possession of the said properties_ and has been threatened or _taken by way of fraud_ in violation of the express provisions and violations of 42 U.S.C. section of §1981.

**160**. The defendants and each of them, individually, are thus liable to the plaintiffs for the fraudulent and unlawful acts complained of herein, and the fraud complained of in Exhibits 1 through 30.

**161**. Further the defendants have deprived plaintiff of the right to make and enforce contracts with other viable third parties in express violation of 42 U.S.C. section §1981.

**162**. Further, the defendants and each of them, individually, and collectively are liable to the plaintiff for the deprivation of such rights and the said deprivation of rights have violated both _42 USC §1981_ and _42 U.S.C. §1983_.

**163**. Defendants, and each of them, are thus liable to the plaintiffs for the acts complained of herein. Further the defendants have deprived plaintiff of the right to make and enforce contracts with third parties in _express violation of 42 U.S.C. section §1981_.

**164**. It is specifically alleged that the acts of named defendants are the proximate causes for the alleged violations and deprivations of Equal Rights under the law and specifically the proximate causes for violations of 42. U.S.C. section §1981.

## COUNT 9:

### Civil Action For Deprivation of Rights & RECOVERY OF PROPERTY

### (42 U.S.C. §1983)

**165.**  The preceding paragraphs are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1-24 as if fully setforth herein*. The personal property, constitutional rights, and legal rights of the plaintiff(s) with respect to personal property, and real property have been violated by the defendants, as set out herein.

**166.** Plaintiff alleges that defendants and each of them, entered into a conspiracy which is based upon plaintiff's race, racial, **or class-based reasons.**

**167.** Defendants, are state actors, or connected to state actors who acted under color of state law, or acting in collusion with public **officials, a state employees, or persons acting in the name of  the state under authority granted by the state, county, city or other non-federal government entity.**

**168.** The wrongful evictions, illegal foreclosures, the outright taking, or theft of personal and real property was done under the guise of propriety, but which was *done with evil intent*, *intent to steal*, and *fraudulent in nature*, and has violated the Civil Rights of the Plaintiffs, and the class.

**169.**  Defendants has used public police departments, the country sheriff's office,and other public actons to deprive plaintiff of the Real Property complained of herein, and further perpetrated theft and the ***FRAUD*** complained of herein.

**170.** Defendants, acts were the *proximate causes of the losses and the deprivation of plaintiff's civil rights herein*.

**171.** It is specifically alleged that the acts complained of herein, and in Exhibits 1 thru 24, attached to this complaint, was committed by one or more or all of the defendants, which acts results in the deprivation of plaintiff's civil rights.

1    ### ***COUNT 10***

2    **Conspiracy to Interfere With Civil Rights**

3    **(42 U.S.C. §1985)**

4    **172.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if

5    fully set forth herein, each allegation above and incorporates *Exhibits Fsetforth herein*. The

6    personal property, constitutional rights, and legal rights of the plaintiff(s) with

7    respect to personal property, and real property have been violated by the defendants, as set out

8    herein.

9    **173.** Defendant illegal acts, and illegal block of access to the properties using the local police,

10   local sheriff office, and other peace officers, tend to more often than not result in a conspiracy to

11   interfere with plaintiff's civil rights.

12
13   **174.** Specifically, the defendants have interfered with of the private and personal

     rights to real estate, to actual value and also the ***civil right of possession*** of the said
14
     property, and underline this was done by way of fraud, in the violations of 42 U.S.C. section 1985 whereby
15
     the defendants and each of them have collectively or individually have conspired to interfere with
16
     plaintiff rights under ***42 U.S.C 1985.***
17
     175. The defendants, and each of them, are thus liable to the plaintiffs, and the class, for the acts
18
     complained of herein and to be trebled on judgment. Further the defendants have interfered with
19
     and deprived plaintiff of the right to make and enforce contracts with third parties in express
20
     violation of ***42 U.S.C. section 1981***.
21
     **176.** Defendants acts are the proximate causes for the Conspiracy to Interfere with Civil
22
     Rights, and these interferences has severely damaged plaintiff(s), and plaintiffs and the class are
23
     entitle to redress.
24
     **177.** Defendants interference was intentional and has cause great harm and losses to the
25
     plaintiff(s), and class, including financial harm, loss of real property, damage to the estate, and
26
     mental harm which has completely devastated the plaintiff(s) due to defendants wrongful acts.
27

28

## COUNT 11

Complaint for Violations of Fair Housing Act (42 U.SC §3601-§3619)

### Violations of The Civil Rights Act of 1968

**178.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits F - FRAUD  as if fully setforth herein.*

**179.** Plaintiffs are minority persons(s) including African Americans, Latinos, Hispanics, Asian Pacific Islanders, and other minorities who have been discriminated against by defendants acts, with respect to terms of housing, concerning the sale, rental, and financing of housing based on race, religion, national origin, gender, plaintiffs with disabilities, and families with children.

**180.** Specifically,  defendants have refused to sell, or rent a dwelling to persons because of their race, color, religion or national origin, disabilities and families in violation of the Fair Housing Amendments Act of 1988.

**181.** By committing the fraud, and the said deceitful acts complained of herein, ***including the fraud set forth in Exhibits 1 thru 24***, these defendants and each of them, collectively, and individually,  have coerced, threatened, intimidated, or interfered with plaintiffs and the class enjoyment of the properties complained herein, or have illegally exercised housing rights based on discriminatory reasons. or retaliating against a persons or organization that aids or encourages the exercise or enjoyment of fair housing rights.

**182.  By unlawfully using the local Police Department, County Sheriff Department, and other public actors to prevent plaintiffs from taking possession, interfering with civil possession, and by illegally removing or ejecting plaintiffs, defendants have wrongly coerced, threatened, intimidated, and interfered with plaintiffs and the class right protected under the Fair Housing Act, all in violation of section *42 §3601-§3619.***

**183.** Defendants acts are the approximate causes of the Housing Discrimination complained of herein.

### *COUNT 12*
### *BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING*

(Against All Defendants)

**184.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1-24 as if fully setforth herein*.

Plaintiff's reallege, as if fully set forth herein, each allegation above. It is alleged herein that the defendants, and each one of them, had a fiduciary responsibility to the plaintiffs and this responsibility was unlawfully breached by defendants by way of their fraudulent and misleading conduct.

**185.** Defendants as fiduciary are therefore liable to the plaintiff to account because the defendants have unlawfully profited, benefited or gain or took undue and unfair advantage of its fiduciary position all at the expense of the plaintiff.

**186.** Defendants compromised their interest and duty to the plaintiffs and placed themselves in a position where their interest and duty conflicted with the plaintiff's civil rights. It is specifically alleged herein that each defendant profited from its fiduciary position and these profits were gained by illegal and fraudulent means as described herein above.

**187.** The Breach of Duty of Good Faith and Fair Dealing was clearly breached by these defendants, including their employees, contractors, agents, attorneys, representatives, and all those individuals purporting to represent defendants in the transactions complained of in this complaint, and defendants are thus jointly liable for their breaches.

**188.** It is alleged herein that defendants breaches are the proximate causes for the damages complained of herein.

**189.** Plaintiffs and the class has suffered from these breaches and defendants must restore all property which was taken by fraud, theft, embezzlement, conversion, or by other means as a result of the breaches herein.

## ***COUNT 13:***

### Breach of Contract
### AGAINST ALL NAMED DEFENDANTS

***190.*** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1 - 24 - Fraud  as if fully setforth herein.*

**191.** Plaintiffs alleges that there were enforceable contracts in place with defendants, but by virtue of the fraud, and fraudulent acts complained of herein, these defendants ***pursued an unlawful course of action which resulted in the material breach of contracts in violation of governing law, and said breaches have resulted in financial loss and damages.***

*192. Defendant's have failed to perform by properly managing plaintiffs purported account with the defendants. It is further alleged that defendant's failure to render or to offer performance is material, and the following circumstances were significant as a matter of law:*

**(a)** The plaintiffs who are the injured parties will be deprived of the benefit which was reasonably expected from doing business or being affiliated with these defendants, and;

**(b)** The plaintiffs cannot be adequately compensated for the part of that benefit of which plaintiffs was/were deprived;

**(c)** Defendants failure to perform or to offer to perform will not suffer, but will and has burden the plaintiffs as a result of its fraudulent acts, and breaches; and,

**(d)** Defendants likelihood to continue its breaches is highly probable, and they will continue to harm the plaintiff if not enjoined by this court; and,

**(e)** Defendants failure to perform or to offer to perform does not comports with standards of good faith and fair dealing.

**193.** **Fundamental breach:**  It is specifically alleged herein that defendant breaches were fundamental breach (or repudiatory breach) so fundamental that these breaches permits the plaintiff to terminate performance of the contract, or any alleged contract and further plaintiff is entitled to sue for damages as a result of defendants breaches.  Defendants actions are the proximate causes of the breaches complained of herein.

**194.** Defendants fraudulent and deceitful acts complained of herein are the proximate causes of the Breach of Contract complained of herein.

### *COUNT 14*

### *Tortoius Interference With Business Contracts*

**195.** The preceding paragraphs are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1-24 as if fully setforth herein*.

**196.** *By it fraudulent conduct defendants have willfully, and intentionally damaged and interfered with the plaintiff's contractual or other business relationships with defendant. It is specifically alleged that tortuous interference with contract rights has occur because the tortfeasor defendant has convinced it co-conspirator to breach the contract against the plaintiff, by committing the* fraud *complained of herein.*

**197.** Moreover, the defendant through its pattern of corruption has disrupted the ability of the plaintiffs to perform obligations under the contract, thereby preventing the plaintiffs from receiving the performance promised by defendants, or their agents.

**198.** **Tortious interference of business**.- The false claims and accusations made against plaintiff constituted a tortious interference with business for which the defendants are jointly liable. A tortious interference of the contract between plaintiff and defendant occurred when the defendant committed the fraud and the other unlawful acts complained of herein. It is specifically alleged herein that:

**(a)**    There was a existence of a contractual relationship or beneficial business relationship between plaintiffs and defendants, or ***other third party***, and,

**(b)**    Defendants agents and employees had knowledge of this relationship; and,

**(c)**    There was Intent of third parties such as defendant employees, agents and representatives to induce the defendant to breach the relationship; and,

**(d)**    There was lack of any privilege on the part of any third parties to induce the breach; and,

**(e)**    There was extensive damage to the plaintiff as a result of the said breach.

**199.** Defendants breaches are the proximate causes of the damages complained of herein and

**200.** The contacts alleged herein are all related to the mortgages or purported mortgages claimed to be held by defendants relative to their "holder in due course" scams.

## ***COUNT 15:***

### *Deceptive Trade & Unfair Business Practices*

### ***Deceptive Trade Practices Against  All named defendants:***

*201.* The preceding paragraphs are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above and incorporates *Exhibits 1-24 (FRAUDS) as if fully setforth herein.*

*202. Plaintiffs are consumers as defined under the consumer protection laws of this state. Defendants have violated the statutory provisions of deceptive trade practices and  the Uniformed Deceptive Trade Practices act of this state and the unconsciousable, despicable, and unlawful acts  are condemned  by the Consumer protection laws of this great state of*  **California.**

**203.**  Specifically, the defendants have committed unconscionable acts or took unlawful courses of actions or engaged in illegal practices which violated the Deceptive Trade Practices statutes of this state to the plaintiff detriment, or took unfair advantage of the lack of knowledge, ability, experience, or capacity of the plaintiff.  Defendants committed the following non-exclusive acts which violate the Deceptive Trade Practices Laws of the this state.

**(a)**  The ***FRAUD*** committed and complained of in previous paragraphs of this complaint, and,

**(b)**  The conspiracy, unlawful debt harassment practices, conversions, and theft complained of,

**(c)**  The unlawful dissemination of false statements that defendant knows materially misrepresents the cost or character of tangible personal property, a security, service, and,

**(d)**  The misrepresentation of attorneys or other representatives in the collection of a debt which is *not owed to the defendants* which is clearly setout herein, and,

**(e)**  The forwarding of false and misleading bills, invoices or amounts in the U.S. Mail, and,

**(f)**  The misrepresentation of the character amount owed to the defendants, and,

**(g)**  The addition of false charges to the plaintiff account, and,

**(h)**  The *wrongful foreclosures, and wrongful evictions*, and  **fraud** complained of herein, and,

**(i)**  Defendants acts violated plaintiffs rights to a grossly unfair degree in violation of law.

**(j)**  The falsifying of foreclosure documents and ***misrepresentation made*** relative to documents and instruments filed in public record, or with the county recorders office relative to real property.

PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

## COUNT 16

### US CONSTITUTION VIOLATIONS
### *INVASION OF PRIVACY*
### *VIOLATION OF THE U.S. CONSTITUTION*

### AGAINST ALL NAMED DEFENDANTS

**204.** *T*he preceding paragraphs and Exhibits 1-24 are incorporated herein by reference.  Plaintiffs reallege, as if fully set forth herein, each allegation above.    Defendants willful, negligent, and fraudulent acts against the plaintiffs, including the deprivation of rights, the conspiracy against rights, and the other matters complained of, all constitute violations of the plaintiff's Constitutional rights  as a matter of law.

**205**.  Defendants and each of them, individually, and collectively, have unlawfully trespassed on the constitutional and privacy rights of the plaintiff in violation of The 1st, 4th, 9th, and Fourth Amendment which provides that "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated." "At the very core" of the Fourth Amendment "stands the right of a man to retreat into his own home and there be free from unreasonable intrusion and violation of plaintiff's Fourth Amendment rights from trespassory violation of property, see Rakas v. Illinois, 439 U.S. 128, 143 (1978).

### VIOLATIONS OF THE CONSTITUTION OF THE STATE OF  California.

**206.**    **The FRAUD**  exhiibits (1-24) and the preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.    Defendants willful fraud, *theft of U.S theft of Mail*, and fraudulent acts against the plaintiff, including the deprivation of rights, the conspiracy against rights, and the other matters complained of, all constitute violations of the plaintiff's State Constitutional rights on the Constitution of the State of **California.**

**207.**  Specifically, defendants conduct has *violated Article 1, 2*, and each and every Article which provides for the protection and the privacy rights of Citizens of this State, and of the United States of America.

**208.** Plaintiff(s) alleged that defendants acts are the proximate causes for the *invasion of privacy*.

### COUNT 17:

### COMPLAINT FOR TRESPASS

**209.** The preceding paragraphs, _including the fraud described in Exhibits 1-24_ are incorporated herein by reference. Plaintiffs reallege, as if fully set forth herein, each allegation above. The unlawful acts complained of herein, including but not limited to, the fraud, negligent misrepresentation the _embezzlement_, conversion, conspiracy, violation of civil rights, and denial of civil rights, denial of access to certain properties, breaking in certain properties, all constitute trespass under common law upon the personal property rights of the plaintiff.

**210.** The effect of defendants' unlawful conduct, as described in prior paragraphs and the previous sections of this complaint has the effect of conduct that has produced irreparable damage to plaintiff, for example, to prevent plaintiff's ingress to and egress from the property described herein and in Exhibits 1 thru 24 _(FRAUD)_ complained of herein resulting in the complete exclusion of the plaintiff in violation of plaintiff protected civil rights.

**211.** Defendants threaten and assert that they will continue to trespass, and therefore continue to deprive plaintiff of plaintiff's right to exclusive possession of the property. Such trespassory conduct by defendants will result in irreparable harm to plaintiff, as in that be irreparable nature of injury, such as it will not only deprive plaintiff of access to land, but if left unrestrained, will result in the imposition of a servient easement in favor of defendants across the land, thereby posing a threat to plaintiff's good and marketable title to the property.

**212.** The potential damages that could proximately result from defendants' unlawful trespass would be extremely difficult, if not impossible, to assess accurately. Defendants' continuing trespassory conduct, as alleged in this complaint, will require plaintiff to bring a multiplicity of actions to protect plaintiff's property interests, thereby rendering plaintiff's remedy at law inadequate. The fraud, complained of in paragraphs 1 thru 12 and other paragraphs of this complaint constitute, malice, or oppression and plaintiff is entitled to recover punitive damages.

### COUNT 18:

### CIVIL CONSPIRACY

**213.** *T*he preceding paragraphs, *including the fraud in Exhibits 1-24*, are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.   It is alleged herein that defendants committed *several Civil Conspiracies* based upon the fraud and negligent misrepresentation, and other unlawful matters complained of herein, whereby there were well planned agreements between these named defendants and/or defendant's agents and employees to steal and/or break the law or to achieve a lawful aim by unlawful means such as by stealing the properties complained of herein by intentional and malicious fraud, and with fraudulent devices, by sending plaintiffs a fraudulent bills, invoices, and amounts not owed to the defendants and the agreement to conspire was made orally or was implied by the unlawful conduct of the defendants.

**214.**  'The elements of this civil conspiracy were specifically the formation and operation of the conspiracy and the financial damage which resulted to plaintiff from an defendants act or acts done in furtherance of the common design of the fraud complained of herein.  Therefore it is specifically alleged that significance of the conspiracy lies in the fact that it renders each and every participant in the wrongful acts complained of herein responsible as a joint tortfeasor for all damages ensuing from the wrong, irrespective of whether or not he was a direct actor and regardless of the degree of his activity." (Doctors' Co. v. Superior Court (1989) 49 Cal.3d 44, citing Mox Incorporated v. Woods (1927) 202 Cal. 675, 677-78.)' (Id. at 511.)

**215.**  'The well formed doctrine of Civil Conspiracy, imposes liability on persons who, although not actually committing a tort themselves, share with the immediate tortfeasors a common plan or design in its perpetration, thus all defendants are liable for these civil conspiracies.

**216.**   This *Civil Conspiracy* arose from one or more or all of the torts complained of herein and by its nature, the named defendants are coconspirators were legally capable of committing the tort, i.e., that he or she owes a duty to plaintiff recognized by law and is potentially subject to liability for breach of that duty.' (Allied Equipment Corp. v. Litton Saudi Arabia Ltd., supra, 7 Cal.4th at 510-11.)

## *COUNT 19*

### *UNJUST ENRICHMENT*

**217.** The preceding paragraphs including the *FRAUD* complained of herein, including Exhibits 1-24 and supplemental fraud pleadings are incorporated herein by reference.   Plaintiff's reallege, as if fully set forth herein, each allegation above.  The defendants have been unjustly enriched at the expense of the plaintiff, and are obligated to make restitution  regardless of liability for wrongdoing.  It is specifically alleged that:

(a) Defendants have been *enriched by the fraud* and unlawful acts complained of herein, and

 (b) Defendants have *deprived plaintiff of the use of assets* stolen by this unjust enrichment, and,

(c) The enrichment was *at the expense of the plaintiff*, and,

(d) The Plaintiff(s) *has been impoverished* as a result of the enrichment, and

(e) There is *a nexus or connection between the enrichment and the impoverishment*, and,

(f) The enrichment was unjust because it was based upon fraud as setforth herein, and

(g) Defendants do not have a defense for this unjust enrichment, and

(h) Remedies are unavailable to the plaintiff to immediately recover damages from the unjust enrichment.

**218.**  Defendants have thus received money or other property through no effort of their own, at the expense of plaintiff, the defendants are required as a matter of law, to return the  property to the rightful owner, which is the plaintiff, even if the property was not obtained illegally.

**219.**  It is specifically alleged that defendants are opportunists, stealing from the plaintiffs and others so that they can live in the lap of luxury, creating wealth and position through fraud, and schemes to obtain money, or other property through no effort or work of their own, and this *unlawful profiteering scheme has caused great financial damage* to the plaintiff, and the  class.

**220.**  It is specifically alleged that the **Unjust Enrichment** scams complained of herein are *crimes committed against the financial estate of the plaintiff* and the said unjust enrichment schemes was done with *full knowledge of the scheme* with the sole intent of unlawfully depriving and robbing plaintiff of financial assets *at the unfortunate expense of the plaintiffs, and the class.*

### *COUNT 20*

**NEGLIGENT MISREPRESENTATION**

**221.**    The preceding paragraphs including the **FRAUD** complained of herein, including *Exhibits 1 thru 24*  are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.

222. The defendants by their corrupts acts have been unjustly enriched from the theft, fraud, and sale of properties which do not belong to defendants.

223. It is alleged that plaintiffs conferred a benefit on the defendants, who had knowledge of that benefit; that benefit was the grace of defendants to service plaintiffs loans.

224. These defendants accepted and retains the conferred benefit; and,

225. Under the circumstances complained of in the fraud pleadings, it would be inequitable for the defendant to retain the benefit without paying for it.

226. Plaintiff is entitled to damages as a result of Defendant's unjust enrichment, including the disgorgement of all monies unlawfully accepted by Defendant from Plaintiff

227. Defendants should not be permitted unjustly to enrich themselves at the expense of plaintiffs, but should be required to make restitution of or for property or benefits received, retained, or appropriated, where it is just and equitable that such restitution be made, and where such action involves no violation or frustration of law or opposition to public policy, either directly or indirectly.'

## **COUNT 21**

Page 73 of 86

*Complaint to CANCEL **Fraudulent Grant Deeds**, & **False Instruments***

**228.** **T**he preceding paragraphs and Exhibits 1-24 are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above.

**229.** It is specifically alleged herein that the defendants, and each of them individually, committed forgery, by falsifying affidavits, grant deeds, trustee deeds, and other instruments, and causing such instruments to be filed in the public property records for the purpose of claiming false ownership and interest of the subject properties.

**230.** Plaintiff(s) alleges that one or more fraudulent instruments have been used to perpetrate fraud against the plaintiffs, fraud against the subject properties.

**232.** Plaintiffs alleges that the fraudulent instruments are attached to this complaint as **Exhibit 1**, thru **Exhibit 30**, attached herein, specifically identifying the fraudulent device which purport to convey property, but which in fact does not.

**233.** Plaintiff(s) alleged that these instruments purport to convey property to defendants, but which in fact does not convey title, or any other ownership to any of the defendants.

**234.** Plaintiff(s) alleges that one, or more, or all of the instruments are fraudulent in nature, as previously complained of herein, and such fraudulent instruments *have placed unlawful clouds over the title to the trust properties because defendants, and each of them, have recorded these false deeds in public record, and have used the same to perpetrate fraudulent evictions.*

**235.** These instruments purport to represent conveyances to defendants, but in reality are null and void because they are ***based upon the criminal fraud*** and other matters complained of herein.

**236.** Plaintiff(s) alleged that one, or more, or all of the fraudulent instruments have been fraudulenty filed in public record against the properties and should be ***CANCELED*** as a matter of law,as said fraudulent instruments have no real effect in law or equity.

### ***CANCELLATION OF FALSE INSTRUMENTS***

**237.** Plaintiffs are entitled to have the fraudulent instruments ***forever*** ***CANCELED***, removed from public records, and criminal charges accessed against defendants for knowingly recording fraudulent instruments in public record, in violation of the penal and civil codes of this state.

### *COUNT 22*:

### COMPLAINT FOR TEMPORARY RESTRAINING ORDER & PERMANENT INJUNCTION

**238.** *Exhibits 1-24 (FRAUD) and t*he preceding paragraphs are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above. Plaintiff is entitled to immediate relief prior to trial in the form of a temporary restraining order or Preliminary Injunction <u>restraining defendants and its agents from selling or taking possession of the property.</u> *Irreparable injury* will occur to the plaintiff unless these defendants are enjoined from its unlawful acts. . In support of this cause of action plaintiff will show this court the following:

**(1)** there is a substantial likelihood that plaintiff(s) will prevail on the merits, and,

**(2)** there is a substantial threat that the plaintiffs will suffer irreparable injury if the preliminary injunction is denied, and,

**(3)** the threatened injury to the plaintiffs seeking the injunction outweighs the threatened injury to the party to be enjoined, and

**(4)** granting the preliminary injunction will not disserve the public interest.
(See Sierra Club v. FDIC, 992 F.2d 545, 551 (5th Cir.1993)).

### *THERE IS A SUBSTANTIAL LIKELIHOOD THAT PLAINTIFF WILL PREVAIL ON THE MERITS OF THIS ACTION*

**239.** Based on the pleadings, affidavits, and verifications herein, and the alleged conduct of the defendants, there is a great likelihood that the plaintiff will prevail on the merits of this action, because the evidence submitted herein is conclusive proof that the claims, (especially the fraud claims) of this action are true and correct.

### THERE IS A SUBSTANTIAL THREAT THAT THE PLAINTIFF WILL SUFFER IRREPARABLE INJURY IF THE PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER IS DENIED

**240.** There is a substantial threat that the plaintiff will continue to suffer irreparable injury if the preliminary injunction or temporary restraining order is denied. The overt acts of the defendants demonstrates that these *defendants fraud knows no bounds in its schemes to defraud* the plaintiff.

**241.** No defense exist for the fraud claims complained of herein, and if defendant is allowed to continue its unlawful acts, irreparable injury will occur to the plaintiffs as a result of this fraud.

## COUNT 23:

## COMPLAINT FOR DECLARATORY JUDGMENT

**242.** Exhibit 1-24, (FRAUD) the RICO, and the preceding paragraphs are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each allegation above. The unlawful acts complained of herein, including but not limited to, the fraud, negligent misrepresentation the embezzlement, conversion, conspiracy, violation of civil rights, and denial of civil rights, all may all be declared illegal or in violation of state and/or federal law.

**243.** Plaintiff(s) is/are entitled to a declaratory judgment declaring the rights of the plaintiff and status of the property in dispute. Plaintiff(s) desires a determination to Adverse Possession, to quiet the title to the subject real estate or property which made the basis of this complaint. The rights of the plaintiff(s) with respect to personal property have been violated. Specifically, the defendants have wrongfully asserted rights, converted, taken dominion of the real property described herein which they are not entitled to control.

**244.** In due course proceedings this court should enter a declaratory judgment pursuant to the declaratory judgment act 28 U.S.C. 2201-2202 as to all of the following:

**(a)** declaratory judgment declaring that plaintiff is the fee simple owner of all right, title, and interest in and to the described real property; and,

**(b)** a declaratory judgment that defendants do not have any right, title, estate, or interest in or lien on the described real property or personal property complained of; and,

**(c)** a declaratory judgment declaring that defendants have no right of possession of plaintiff's property; and,

**(d)** a declaratory judgment declaring that defendants has trespassed the legal rights and property _rights_ of the plaintiff; and;

**(e)** a declaratory judgment that defendants **_committed the FRAUD_** as complained of herein; and,

**(f)** a declaratory judgment that fraud as complained of in Exhibits 1-24 constitutes deceptive trade practices and violates plaintiff Civil & US & State Constitutional Rights,

**(g)** a declaratory judgment that the remaining acts complained of this civil actions are unlawful and are in violation the laws of the United States of America and in commerce.

## *EXTREME AND OUTRAGEOUS CONDUCT*      Page 76 of 86

THE MULTIPLE ACTS OF *FRAUD, FORGED GRANT DEEDS*, THE WRONGFUL AND UNLAWFUL CONVEYANCES OF PLAINTIFF'S REAL PROPERTY, THE ILLEGAL FORECLOSURES, THE EVICTION SCAMS, THE UNLAWFUL INVASION OF PLAINTIFF'S PRIVACY, THE INTENTIONAL VIOLATION OF PLAINTFF'S CIVIL AND CONSTITUTIONAL RIGHTS CONSTITUTE **EXTREME AND OUTRAGEOUS CONDUCT** NOT NORMALLY TOLERATED BY A DECENT SOCIETY

**(PUNITIVE DAMAGES)**

**245.** *T*he preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above.   Plaintiff further contends that defendant's fraudulent conduct, the conspiracies, the conversions, the embezzlement, the many misrepresentations perpetrated by defendants as complained of herein, including the matters complained of in the preceding paragraphs of this lawsuit, namely, the violations of civil rights, the *deprivation of civil rights*, the defrauding of property, complained of herein, the unlawful actions taken against the plaintiff, the improper and harassing fraudulent instruments sent to the plaintiff, including the FRAUD complained of herein, exceeds all bounds usually tolerated by a decent society, and moreover was ***done with malice***, and with intent to cause knowledge that it would cause, and in fact has caused, ***severe mental and physical distres***s and ***economic loss to the plaintiff***. Defendant's flagrant, willful disregard for the law, its despicable fraudulent, conduct, is **Extreme & Outrageous**, and should be punished accordingly, with ***punitive*** and/or exemplary damages. ***Defendants were unjustly enriched.***

**246.** Regarding the conspiracy claimed herein, plaintiff asserts that if it is found that one or more or all of the defendants did not actively participate in the said illegal acts and conspiracy, then it is alleged that said defendants had knowledge of the conspiracy, the power to prevent, or aid in the prevention of the conspiracy, and *refused to do so.*

**247.** That, in the alternative and in the event that this court finds that there was no conspiracy between the defendants named herein to collectively harass or defraud the plaintiff, plaintiff alleges that one, or more, or *all of the defendants* named herein **independently committed the unlawful acts** described herein, which acts resulted in *the loss of valuable property rights*, deprivation and violation of plaintiff's rights, privileges, and immunities guaranteed under  state law, Common laws and laws of the State of **California.**

248.  Plaintiffs are entitled to Punitive Damages as a result of the unlawful activity.

## COMPUTATION OF DAMAGES

**249.**  *As a result of the despicable, treacherous, and fraudulent acts described herein, the individual plaintiff(s) and* <u>*the Class*</u> *are entitled to recover from each defendant, the* <u>**following damages**</u>: (<u>*AGAINST ALL DEFENDANTS INDIVIDUALLY*</u>)

Quiet Title (With ***Punitive Damages***)...…·············........................... $500,000,000.00

. ***FRAUD*** (Multiple Counts 1-24)............................................ $19,026,325.88

***Damages for Rackeetering***........................................................ $19,026,325.88

Damages for unlawful FAIR DEBT COLLECTION PRACTICES...…............ $50,000,000.00

. Damages for Violations of Consumer Protection Act......................... $50,000,000.00

Damages for **Securities FRAUD**................................................ $19,026,325.88

Damages for Violations of Home Owners Protection Act..................…..... $50,000,000.00

Damages for Civil Rights Violations of Equal Rights Under law (42USC 1981).. $50,000,000.00

Damages for Civil Rights Violations for Deprivation of Rights (42USC 1983).... $50,000,000.00

. Damages for Conspiracy to Interfere with Civil Rights...................... $50,000,000.00

Damages for Violation of Fair Housing Act...................................... $19,026,325.88

Damages for Breach of Duty of Good Faith and Fair Dealing... ................... $50,000,000.00

Damages for ***Breach of Contrac***t........................................... $50,000,000.00

Damages for Tortuous Interference with Contracts........................... $50,000,000.00

Damages for Violations of Uniform ***Deceptive Trade Practices Act***................. $50,000,000.00

Damages for **Invasion of Privac**y ..................................... $50,000,000.00

Damages for Trespass & Theft.................................................... $50,000,000.00

Damages for Civil Conspiracy...................................................... $50,000,000.00

Damages for Unjust Enrichment.................................................. $19,026,325.88

Negligent Misrepresentation..................................................... $19,026,325.88

. Damages from Cancellation of Fraudulent Deed & False Instruments............ $19,026,325.88

Treble Damages.................................................................. $57,078,977.64

Total Damages.................................................................. $1,352,263,258.80

**One Trillion, Three Hundred fifty two Billion, two hundred sixty three million, two hundred fifty eight and eight cents**

# PRAYER FOR RELIEF

250.  WHEREFORE, plaintiff(s) demands judgment against all named defendant

individually s as follows:

Judgment on ***Count 1 :*** - ***QUIET TITLE with Punitive Damages***
as follows:

1. That a declaratory judgment issues against the properties identified in this complaint and in Exhibit "A attached herein, declaring the rights of plaintiffs, and transferring title back to plaintiff and,

2 All current deeds of record naming any of the defendants be stricken in their entirety from public property records where said properties are located:.

3. ***Punitive Damages***................................................................. **$500,000,000.00**

. Judgment on ***Count 2:*** FRAUD ( COUNTS 1 - 24)
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, declaring that each defendant committed the acts of FRAUD complained of in complaint and Exhibits 1 through 24

2  Monetary Damages for ***FRAUD*** collectively  in the amount of _____ **$19,026,325.88**

Judgment on ***Count 3***: ***Racketeer Influenced Corrupt Organization Act (RICO)***
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, declaring that defendants violated the Racketeer Influenced Corruption Act relative to the matters complaint of in the complaint..

2  Monetary Damages against each defendant in the amount of _ **$19,026,325.88**

Judgment on ***Count 4***: ***Fair Debt Collection Practices Act***
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, declaring that defendants violated the Fair Debt Collections Practices Act relative to the matters complaint of in the complaint.

2  Monetary Damages against each defendant in the amount of _ **$50,000,000.00**

Judgment on ***Count 5***: **Violation of Consumer Credit Protection Act**
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, declaring that defendants violated the Consumer Credit Protection Act relative to the matters complaint of in the complaint..  **$50,000,000.00**

2   A declaratory judgment that any **notices of recision**  previously asserted against any of the defendant be declared to be in full force and effect, and ***canceling any mortgage instrumen***t connected to the said notice of recisison.

Judgment on **_Count  6_**: - **_SECURITIES FRAUD  15 USC 77a, et seq_**
as follows:

1. A declaratory judgment declaring the defendants committed securities fraud against the subject properties listed in  Exhibit "A attached herein, and further declaring the properties complained was a part of a securities fraud scheme, and,,

2.  Monetary Damages for **_Securities Fraud_** in the amount   $19,026,325.88

Judgment on **_Count 7:_**  **_Violations of Home Owners Protection Act_**
as follows:

1. A declaratory judgment declaring the defendants and each of them individually , violated the Home Owners Protection Act.

2  Monetary Damages for Violations of HOPA  in the amount of .    $50,000,000.00

Judgment on **_Count 8:_**  **_Cilvil Action for Equal Rights Under Law (1981)_**
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, and collectively declaring that defendants  violated plaintiff's Civil Right Protected Under 42 USC 1981, and,

2  Monetary Damages against each defendant in the amount of .   $50,000,000.00

Judgment on **_Count 9_**:  **_Civil Action - Deprivation for Rights 42 USC 1982,1983_**
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, declaring that defendants violated plaintiff's civil rights protected under 42 USC 981 and 1983 relative to the civil deprivations complaint of in the complaint.

2. Monetary Damages against each defendant in the amount of .   $50,000,000.00

Judgment on **_Count 10_**: **Conspiracy to Interfere with Civil Rights**
as follows:

1. That a declaratory judgment issues against each of the defendants, individually, declaring that defendants conspired to interfere with plaintiffs Civil Rightrs, and, .

2  Monetary Damages against each defendant in the amount of .   $50,000,000.00

Judgment on **_Count 11_**:  **_VIOLATION OF FAIR HOUSING ACT_**
as follows:

1. That a declaratory judgment issues against each of the defendants, individually declaring that defendants violated the Fair Housing Act under Federal Law.

2  Monetary Damages against each defendant in the amount of .   $19,026,325.88

Judgment on **_Count  12_** - **_BREACH OF DUTY OF GOOD FAITH & FAIR DEALING_**
as follows:

　　1. A declaratory judgment declaring the defendants have breached the durty of good faith and fair dealing by virtue of its fraudulent acts.

　　2.  Monetary Damages for **_Securities Fraud_** in the amount ___ **$50,000,000.00** ___

Judgment on **_Count  13_** - **_BREACH OF CONTRACT_**
as follows:

　　1. A declaratory judgment declaring the defendants and each of them individually , by virtue of the fraud and other illegal acts have breached the agreements established with defendants.

　　2 Monetary Damages for  Breach of Contract  in the amount of . ___ **$50,000,000.00** ___

Judgment on **_Count 14:_** -  **_Tortuous Interference With Business Contracts_**
as follows:

　　1. A declaratory judgment declaring that defendants and each of them, have tortiously interfered with plaintiffs contract by virtue of its fraudulent acts.

　　2 Monetary Damages against each defendant in the amount of . ___ **$50,000,000.00** ___

Judgment on **_Count 15_**: - **_UNIFORMED DECEPTIVE TRADE PRACTICES ACT_**
as follows:

　　1. A declaratory judgment issues against each of the defendants, individually, declaring that defendants violated Uniformed Deceptive Trade Practices Act.

　　2 Monetary Damages against each defendant in the amount of . ___ **$50,000,000.00** ___

Judgment on **_Count 16_**: -  **_INVASION OF PRIVACY_**
as follows:

　　1. A declaratory judgment issues against each of the defendants, individually, declaring that defendants violated plaintiffs privacy by taking possession of properties that do not belong to defendants.

　　2 Monetary Damages against each defendant in the amount of . ___ **$50,000,000.00** ___

Judgment on **_Count 17_**: -  **ACTION FOR TRESPASS**
as follows:

　　1. A declaratory judgment issues against each of the defendants, individually, declaring that defendants have unlawfully trespassed the properties of plaintiffs.

　　2 Monetary Damages against each defendant in the amount of . ___ **$50,000,000.00** ___

Judgment on **Count 18**: - **CIVIL CONSPIRACY** *as follows:*

A declaratory judgment that defendants and each of them entered into a Civil Conspiracy to deprive plaintiff of rights to the subject properties complained of.

Monetary Damages against each defendant in the amount of . __$50,000,000.00__

Judgment on **Count 19**: - **UNJUST ENRICHMENT**

A declaratory judgment that defendants and each of them entered have been **unjustly enriched**, ordering the return of monies and properties stolen by fraud.

Monetary Damages against each defendant in the amount of . __$19,026,325.88__

Judgment on **Count 20**: - **Negligent Misrepresentation**
monetary damages caused by fraud and misrepresentation. __$19,026,325.88__

Judgment on **Count 21**: - **CANCELLATION OF FRAUDULENT INSTRUMENTS**
A declaratory judgment canceling all instruments proven and found to be fraudulent
Monetary Damages against each defendant in the amount of . __$19,026,325.88__

Judgment on **Count 22**: - **Treble Damages...........................** __$57,078,977.64__

Judgment on **Count 23**: - **DECLARATORYJUDGMENT** declaring that defendants have no right, title, interest, or right to possession of the properties complained of herein.

**WHER*EFORE, ALL PREMISES CONSIDERED*,** Plaintiffs pray that this Honorable Court after

*due proceeding, and all legal delays, do enter judgment against the defendants jointly, severely,*

*and in solido, condemning them all, for said unlawful acts in the amount of :* __$1,352,263,258.80__

*One Trillion, Three Hundred fifty two Billion, two hundred sixty three million, two hundred fifty eight and eight cents*

*including court cost, _attorney fees_, interest from the date of judicial demand and for all general*

*and equitable relief afforded under law.*          **JURY TRIAL DEMANDED**

Respectfully Submitted,

DATED: 4/13/2023

*Alfred McZeal, Jr.*
Alfred McZeal, Jr.
2620 Fashion Ave. Long Beach,
CA 90810
Phone: 832-623-4418

*Jose R. Solano*
Jose R. Solano
5502 Dobbs St. #74,
Los Angeles, CA 90032
Phone: 626-258-7688

*Vien Thi Ho*
Vien Thi-Ho
2620 Fashion Ave.
Long Beach, CA 90810
Phone: 562-354-1313

*Yesenia Del Toro*
Yesenia Del Toro
11721 Whittier Blvd # 236
Whittier Ca 90601
Phone: 323-802-8420

*Veronica Waters*
Veronica Ponder Waters
1012 20th Street
West Palm Beach, Fl 33407
Phone: 561-441-6948

*Geddes Sean Gibbs*
Geddes Sean Gibbs
59 Coach Road
Stroudsburg, PA 18360
Phone: 347-403-6330

*Natalie Gibbs*
Natalie Langley-Gibbs
59 Coach Road
Stroudsburg, PA 18360
Phone: 347-403-6330

*Rene Del Prado*
Rene Del Prado
BOX 3324
DALY CITY CA 94015
PHONE: 415-730-3177

*Desmond Roy Demontegnac*
Desmond Roy Demontegnac
36 Wentworth Street
Apartment 2
Boston Ma 02124

## VERIFICATION

I, (we) Alfred McZeal, Jr., Jose R. Solano, Vien Thi-Ho, Yesenia Del Toro, Veronica Ponder Waters, Geddes Sean Gibbs, Natalie Langley-Gibbs, Rene Del Prado, Desmond Roy Demontegnac   am/are a plaintiffs in the above-entitled action.

I have read the foregoing complaint and know the contents thereof. The same is true of my own

knowledge, except as to those matters which are therein alleged on information and belief, and

as to those matters, I believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed on the date specified below.

_Alfred McZeal, Jr._
Alfred McZeal, Jr.
DATE: ___4/21/2023___

_Jose R. Solano_
Jose R. Solano
DATE: ___4/21/2023___

_Vien Thi Ho_
Vien Thi-Ho
DATE: ___4/21/2023___

_Yesenia Del Toro_
Yesenia Del Toro
DATE: ___4/21/2023___

_Veronica Waters_
Veronica Ponder Waters
DATE: ___4/21/2023___

_Geddes-Sean-Schubert-Gibbs_
Geddes Sean Gibbs
DATE: ___4/21/2023___

_Natalie Gibbs_
Natalie Langley-Gibbs
DATE: ___4/21/2023___

_Rene Del Prado_
Rene Del Prado
DATE: ___4/21/2023___

_Desmond Roy Demontegnac_
Desmond Roy Demontegnac
DATE: ___4/21/2023___

## *Appendix of Exhibits*

Page 83 of 86

**Exhibit #   Description of Exhibit**

**A       LEGAL DESCRIPTIONS - LIST OF REAL PROPERTIES IN DISPUTE**

**ASSERTED AGAINST:**

**1   FRAUD CLAIM #1:**   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES

**2   FRAUD CLAIM #2:**   McCalla Raymer Leibert Pierce, LLP

**3   FRAUD CLAIM #3:**   Nabeel Zuberi & Nikhil Jindal

**4   FRAUD CLAIM #4:**   OPTION ONE MORTGAGE CORPORATION

**5   FRAUD CLAIM #5:**   BARRINGTON CAPITAL CORPORATION

**6   FRAUD CLAIM #6:**   OCWEN LOAN SERVICING, LLC

**7   FRAUD CLAIM #7:**   PHH MORTGAGE CORPORATION

**8   FRAUD CLAIM #8:**   WESTERN PROGRESSIVE, LLC

**9   FRAUD CLAIM #9:**   360 Partnership LP

**10   FRAUD CLAIM #10:**   Fabrizo G. Pachano & Veronica J. Pachano

**11   FRAUD CLAIM #11:**   Magnum Property Investments, LLC

**12   FRAUD CLAIM #12:**   WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST,

**13   FRAUD CLAIM #13:**   CJJFN LLC, & LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A.,

**14   FRAUD CLAIM #14:**   Claire Mayer &  LOGS LEGAL GROUP, LLP

**15   FRAUD CLAIM #15:**   FREEDOM MORTGAGE CORPORATION

**16   FRAUD CLAIM #16:**   SOLON HOUSE, LLC

**17   FRAUD CLAIM #17:**   STEPHEN MCDONAGH

**18   FRAUD CLAIM #18:**   BENNETT HONG

**19   FRAUD CLAIM #19:**   THE DEL PRADO FAMILY TRUST

**20   FRAUD CLAIM #20:**   ISHAK BISHARA

**21   FRAUD CLAIM #21:**   Flagstar Bank, FSB

**22   FRAUD CLAIM #22:**   DEAN MORRIS, LLP

**23   FRAUD CLAIM #23:**   LAFAYETTE PARISH SHERIFF DEPARTMENT

**24   FRAUD CLAIM #24:**   LASHAE ENTERPRISES, LLC

## EXHIBIT "A"  PAGE 1 OF 2

**PROPERTIES AT ISSUE:**                                         Page  84 of  86

PROPERTY #1:                13152 Laburnun Dr. Tustin Ca. 90280

PROPERTY #2:                2620 Fashion Ave. Long Beach, CA 90810

PROPERTY #3:                46TH AVENUE SAN FRANCISCO, CA. 94121

PROPERTY #4:                214 Begnaud Dr.; Lafayette, La. 70501

PROPERTY #5:                5502 Dobbs St. #74,  Los Angeles, CA 90032

PROPERTY #6:                1330 Bentley Ct, West Covina, CA 91791

PROPERTY #7:        2312-2314  Pinecrest Ct, West Palm Beach, FL 33415

## EXHIBIT "A" PAGE 2 OF 2

**PROPERTIES AT ISSUE:**                                      Page 85 of 86

**PROPERTY #8:** _____ 13217-13219 Park St. Whitter Ca 90602 _____

**PROPERTY #9:** _____ 59 Coach Road, Stroudsburg, PA 18360 _____

**PROPERTY #10:** _____ 6046 Fallbrook Ave, Woodland Hills, CA 91367 _____

**PROPERTY #11:** _____ 36 Wentworth Street, Suite 2, Boston Ma 02124 _____

**PROPERTY #12:** _____ 4745 Cutler Ave, Baldwin Park Ca. 91706 _____

**PROPERTY #13:** _____

**PROPERTY #14:** _____

# LIST OF DEFENDANTS

1.) HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES,

2.) McCalla Raymer Leibert Pierce, LLP.,

3.) Nabeel Zuberi,

4.) OPTION ONE MORTGAGE CORPORATION,

5.) BARRINGTON CAPITAL CORPORATION,

6.) OCWEN LOAN SERVICING, LLC,

7.) PHH MORTGAGE CORPORATION;

8.) WESTERN PROGRESSIVE, LLC,

9.) 360 PARTNERSHIP LP,

10.) Fabrizo G. Pachano & Veronica J. Pachano,

11.) Magnum Property Investments, LLC,

12.) WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST,

13.) CJJFN LLC,

14.) LAW OFFICES OF MANDEL, MANGANELLI, & LEIDER, P.A.,

15.) CLAIRE MAYER,

16.) LOGS LEGAL GROUP, LLP;

17.) FREEDOM MORTGAGE CORPORATION,

18.) SOLON HOUSE, LLC,

19.) STEPHEN MCDONAGH,

20.) BENNETT HONG,

21.) THE DEL PRADO FAMILY TRUST,

22.) ISHAK BISHARA,

23.) Flagstar Bank, FSB,

24.) DEAN MORRIS, LLP,

25.) MARK T. GARBER, SHERIFF PARISH OF LAFAYETTE,

26.) Blue Castle (Cayman) LTD,

27.) LESHAE & ASSOCIATES LLC

# LIST OF PLAINTIFFS

1.) Alfred McZeal, Jr.,

2.) Jose R. Solano,

3.) Vien Thi-Ho,

4.) Yesenia Del Toro,

5.) Veronica Ponder Waters,

6.) Geddes Sean Gibbs,

7.) Natalie Langley-Gibbs,

8.) Rene Del Prado,

9.) Desmond Roy Demontegnac